# Exhibit A

# Disclosure Statement

ZURICH

It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement

ZURICH

## NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number: (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

Policywriter: - Please type an "X" in the appropriate box to designate new or renewal business. Also type the commission percent and other information pertaining to the risk in the spaces provided.

| NEW | RENEWAL | AGENCY NO. | AGENCY NAME | COMMISSION | RENEWAL OF |
|---|---|---|---|---|---|
| ☐ | ☒ | **75-453-000** | **Marsh USA Inc.** | **10.0%** | **MBR 6552391-02** |

**INLAND MARINE POLICY**

NO. **MBR 6552391-03**

STOCK COMPANY

# ZURICH AMERICAN INSURANCE COMPANY

SCHAUMBURG, ILLINOIS 60196

**Insured's Name and Address:** (No., Street, Town, County, State)

First Solar, Inc.
350W. Washington St., Suite 600
Tempe, AZ 85281

**Policy Period:** (mo. Day Yr)

From **August 24, 2017** To **August 24, 2020** at ☒ 12:01 A.M. / ☐ noon, Standard Time.

To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

**Waived** PREMIUM **As Charged** RATE **As Charged** AMOUNT

In consideration of the stipulations herein named and of the premium above specified the Company does insure the Insured named above, hereinafter called the Insured, whose address is shown above, from the inception date and time shown above, to the expiration date and time shown above, at place of issuance, to an amount not exceeding the amount(s) above specified, on the following described property:

**Property covered as described in Zurich Master Builders Risk Policy Declarations**

forms and endorsements made part of this policy at time of issue:

**Zurich Master Builder's Risk Policy (and Various Endorsements)**

This policy made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

Agency at

________________________ Agent

Countersigned:

(4-83)

# INLAND MARINE POLICY

NO. **MBR 6552391-03** STOCK COMPANY

# ZURICH AMERICAN INSURANCE COMPANY

SCHAUMBURG, ILLINOIS 60196

ZURICH

**Insured's Name and Address:** (No., Street, Town, County, State)

First Solar, Inc.
350W. Washington St., Suite 600
Tempe, AZ 85281

**Policy Period:** (mo. Day Yr)

From **August 24, 2017** To **August 24, 2020** at ☒12:01 A.M. / ☐ noon, Standard Time.

To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

| | | | | | |
|---|---|---|---|---|---|
| **Waived** | PREMIUM | **As Charged** | RATE | **As Charged** | AMOUNT |

In consideration of the stipulations herein named and of the premium above specified the Company does insure the Insured named above, hereinafter called the Insured, whose address is shown above, from the inception date and time shown above, to the expiration date and time shown above, at place of issuance, to an amount not exceeding the amount(s) above specified, on the following described property:

**Property covered as described in Zurich Master Builders Risk Policy Declarations**

forms and endorsements made part of this policy at time of issue:

**Zurich Master Builder's Risk Policy (and Various Endorsements)**

This policy made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

Agency at

Agent

Countersigned:

(4-83)

# Important Notice – In Witness Clause

ZURICH

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President

Corporate Secretary

**QUESTIONS ABOUT YOUR INSURANCE?** Your agent or broker is best equipped to provide information about your insurance. Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois 60196-1056
**1-800-382-2150** (Business Hours: 8am - 4pm [CT])
**Email**: info.source@zurichna.com

# Zurich Master Builders Risk Policy Declarations

ZURICH

Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Various words and phrases appear in capitalized bold face type followed by an asterisk (*) have special meaning found in Section IV – Definitions and Examples of the Zurich Master Builders Risk Policy.

**1. POLICY NUMBER** **MBR 6552391-03**

**2. INSURING COMPANY** **Zurich American Insurance Company**
**Hereinafter referred to as the "Company."**

**3. A. NAMED INSURED(S) AND MAILING ADDRESS**

**First Solar, Inc.**
**350W. Washington St., Suite 600**
**Tempe, AZ 85281**

**First Solar, Inc.** and all affiliated and subsidiary companies owned or controlled by the Named Insured as now exist or may hereafter be constituted or acquired and including any limited liability corporations, trusts, foundations, trustees or organizations. In respect to Joint Ventures, the Named Insured's percentage interest is included. If the Named Insured is responsible for such insurance as provided herein, and to the extent the full contract value is declared, then this policy will include the interests of Joint Venture partners for their respective percentage share(s).

The first Named Insured shown above shall be deemed the sole and irrevocable agent of each and every Insured hereunder for the purpose of giving and receiving notices to/from the Company, giving instruction to or agreeing with the Company as respects Policy alteration, for making or receiving payments of premium or adjustments to premium and as respects the payment for claims.

**B. ADDITIONAL NAMED INSURED(S)**

All owners, all contractors and subcontractors of every tier, and tenants at the project location, except as named in A. above, as required by any contract, subcontract or oral agreement for the **INSURED PROJECT*,** and then only as their respective interests may appear are recognized as Additional Named Insureds hereunder. As respects architects, engineers, manufacturers and suppliers, their interest is limited to their site activities only.

Additional Named Insureds as provided above, may be shown on any Project Certificate issued to this Master Policy or ACORD Certificates of Insurance (or equivalent) issued by **Marsh USA Inc.**, copies of which will be forwarded, if requested, to the Company.

**4. TERM OF INSURANCE OF THE MASTER POLICY**

The terms provided by this Master Policy shall be effective on **August 24, 2017** and shall continue in effect until **August 24, 2020**, both at **12:01 A.M**. standard time at the address of the Named Insured, but only as respects those **INSURED PROJECTS*** beginning on or after the effective date and prior to the expiration date and which have been declared to the Company, except as otherwise amended by endorsement to this policy.

**5. INSURED'S TERRITORY OF OPERATION**

United States of America, its Territories and Possessions, Commonwealth of Puerto Rico, and Canada

**PROJECT COVERAGE ATTACHMENT**

**A.** Projects located within the Insured's Territory of Operation having an estimated project term less than or equal to **sixty (60)** months and an estimated Total Project Limit of Liability less than or equal to this Master Policy's Limits of Liability as stated above shall have coverage attach as follows:

**PROJECT CERTIFICATES**

Project Certificates (specimen attached) will be issued for those Projects Greater than **$0** Estimated Total Limit of Liability or those less than **$400,000,000** and/or those requiring an Extension of Coverage only available on Project Certificates (Delay in Completion, CAT limits outside of those automatically included, etc.).

Such projects are automatically held covered for a Limit of Liability not exceeding the **limits outlined in the Annual Aggregate Limits of Liability Section** and a period not exceeding **sixty (60)** days. Coverage beyond this initial period and Limit of Liability shall be extended only upon the Named Insured's declaration to the Company of any individual project, the issuance of a Project Certificate to this Master Policy and the Named Insured's payment of premium due thereon from the beginning of the project.

**7. WHEN COVERAGE BEGINS AND ENDS**

When the automatic coverage afforded under Paragraph 6 above ceases, coverage under this Master Policy will apply only to projects as follows:

**A. PROJECT CERTIFICATES**

Coverage for each **INSURED PROJECT*** shall begin on the effective date specified in individual Project Certificates and continue in effect until the earlier of:

**(1)** The final acceptance by the owner;

**(2)** The expiry of the interest of the Named Insured shown on the Project Certificate;

**(3)** Coverage is cancelled; or

**(4)** The expiration date for individual projects stated on the individual Project Certificates;

unless otherwise amended by endorsement.

**B. QUARTERLY REPORTS**

Coverage for each **INSURED PROJECT*** shall begin on the effective date specified in the quarterly report and continue in effect until the earlier of:

**(1)** The final acceptance by the owner;

**(2)** The expiry of the first Named Insured's interest;

**(3)** Coverage is cancelled; or

**(4)** The expiration date for individual projects stated on the quarterly report;

unless otherwise amended by endorsement.

## 8. EXTENSION OF TERM OF INSURANCE

### A. MASTER POLICY

This Master Policy shall not be extended but may be renewed at the Named Insured's request and upon the Company's acceptance subject to rates, deductibles, limits, terms and conditions to be agreed upon. Such renewal shall only apply to those projects beginning on or after the expiration date of this Master Policy. Any **INSURED PROJECT*** in force prior to the renewal of the Master Policy shall be held covered at the rates, deductibles, limits, terms and conditions of the Master Policy within which the **INSURED PROJECT*** began.

### B. PROJECT CERTIFICATES

With prior notification and agreement by the Company, the term of any Project Certificate may be extended for up to **three (3)** months, at pro rata additional premium based on the rates stated in the Project Certificate, except for:

**(1)** Projects located in areas subject to **HIGH HAZARD PERILS***; or

**(2)** The extension of any **TESTING PERIOD***.

Any extension beyond this **three (3)** month period as well as any extension of those projects subject to **HIGH HAZARD PERILS***, or any extension of a **TESTING PERIOD*** shown in individual Project Certificates is subject to payment of additional premiums at rates, deductibles, limits, terms and conditions to be developed by the Company at the time of the Company's agreement to such additional extensions.

### C. PROJECTS ON QUARTERLY REPORTS

Subject to the terms of Paragraph 8.B. above, for the purpose of **INSURED PROJECTS*** covered under quarterly reports, coverage is provided for an additional period not longer than **three (3)** months beyond the estimated completion date stated in the quarterly report unless otherwise amended by the Company.

## 9. LIMIT OF LIABILITY

This Company shall be liable for the estimated **TOTAL PROJECT VALUE*** of each individual **INSURED PROJECT*** plus the value of Delay in Completion, if applicable, in any one **OCCURRENCE*** but not exceeding the Limit of Liability and subject to the Sublimits and Annual Aggregate Limits of Liability, all as stated below, unless otherwise specifically amended on individual Project Certificates to this Master Policy.

### A. Limits of Liability

**(1)** **$ 250,000,000** in any one **OCCURRENCE*** for any project unless specifically endorsed to a higher limit per project certificate

**B. Sublimits of Liability**

The Company shall not be liable for more than the following Sublimit(s) of Liability in any one **OCCURRENCE*,** except as respects Delay in Completion coverage, which shall apply in the aggregate for the **INSURED PROJECT*. In no event shall these Sublimits of Liability increase the Limit of Liability or Annual Aggregate Limits of Liability.**

**Extensions of Coverage**

| | | |
|---|---|---|
| **(1)** | **$ 10,000,000** | Physical Damage Coverage to Covered Property in Transit - any one conveyance; |
| **(2)** | **$ 10,000,000** | Physical Damage Coverage to Covered Property in Temporary Offsite Locations - any one location; |
| **(3)** | **$ 10,000** | Maximum any one item – Trees, Plants, and Shrubs; |
| **(4)** | **$ 2,500,000** | Architects and Engineers Fees; |
| **(5)** | **$ 10,000,000** | Or **25%** of the amount of insured physical loss or damage to Covered Property whichever is Greater, up to the maximum sublimit indicated for Extra Expense |
| | **$ 10,000,000** | Or **25%** of the amount of insured physical loss or damage to Covered Property whichever is Greater, up to the maximum sublimit indicated, for Expediting Expense |
| **(6)** | **$ 1,000,000** | Physical Damage Coverage to plans, blueprints, drawings, renderings, specifications or other contract documents and models; |
| **(7)** | **$ 1,000,000** | Fire Department Service Charges; |
| **(8)** | **$ 1,000,000** | Fire Protective Equipment Refills; |
| **(9)** | **$ 10,000,000** | Or **25%** of the amount of insured physical loss of or damage to Covered Property whichever is greater, up to the maximum sublimit indicated, Debris Removal Coverage; |
| **(10)** | **$ 1,000,000** | Emergency Property Protection Expense – during the Certificate Term, any one **INSURED PROJECT***; |
| **(11)** | **$ 1,000,000** | Claims Preparation Costs |
| **(12)** | **$ 10,000,000** | Ordinance or Law / Demolition & Increased Cost of Construction (Does not apply to Existing Structures, if coverage for such is provided) |
| **(13)** | **$ 1,000,000** | Pollutant Clean-Up |

**Certificate Coverage Options**

| | | |
|---|---|---|
| **(1)** | **As Declared** | Subject to a maximum of **30%** of the amount of the **TOTAL PROJECT VALUE*** - Delay In Completion |
| **(2)** | **$ 5,000,000** | Damage To Existing Property (Limited) – Included in Standard Coverage; Rates for Higher Limits are referral to Company. |

Any project that requires a sublimit greater than the maximums shown in Coverage Options (2) and (3) above shall be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

**C. ANNUAL AGGREGATE LIMITS OF LIABILITY**

The maximum amount the Company will pay for loss or damage in any one **OCCURRENCE*** and/or in the aggregate annually for loss or damage from all **OCCURRENCES*** for any one **INSURED PROJECT***, is the lesser of the following:

**(1)** The estimated **TOTAL PROJECT VALUE*** of the **INSURED PROJECT*** plus the value of Delay in Completion, if applicable; or

**(2)** The Annual Aggregate Limit shown below for the specific **ZONE** or **LEVEL** based on the address of the **INSURED PROJECT***;

unless otherwise specifically amended on an individual Project Certificate to this Master Policy.

For Catastrophe Zone identification, refer to form ZBR 301-CAT attached to this Master Policy.

**EARTHQUAKE*** **(Higher limits may be available after CAT modeling is reviewed)**

| | | | |
|---|---|---|---|
| **(1)** | **$** | **25,000,000** | Within the entire state of California; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(2)** | **$** | **25,000,000** | Within all other **EARTHQUAKE ZONE 1**; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(3)** | **$** | **25,000,000** | Within **EARTHQUAKE ZONE 2**; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(4)** | **$** | **100,000,000** | Within **EARTHQUAKE ZONE 3** and **ZONE 4**; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(5)** | **$** | **10,000,000** | Canada |
| **(6)** | | **Refer to Company** | US Territories & Possessions and the Commonwealth of Puerto Rico |

**FLOOD*** **(Higher limits may be available after CAT modeling is reviewed)**

| | | | |
|---|---|---|---|
| **(1)** | **$** | **25,000,000** | Within any **FLOOD LEVEL 1*** prone areas; See Rate/Deductible Schedule for applicable rates and deductibles |
| **(2)** | **$** | **25,000,000** | Within any **FLOOD LEVEL 2*** prone areas; See Rate/Deductible Schedule for applicable rates and deductibles |
| **(3)** | **$** | **100,000,000** | Within any **FLOOD LEVEL 3*** prone areas; See Rate/Deductible Schedule for applicable rates and deductibles |
| **(4)** | **$** | **10,000,000** | Canada |
| **(5)** | | **Refer to Company** | US Territories & Possessions and the Commonwealth of Puerto Rico |

**NAMED STORM*** **(Higher limits may be available after CAT modeling is reviewed)**

| | | | |
|---|---|---|---|
| **(1)** | **$** | **25,000,000** | Within the entire state of Florida and within **WIND ZONE 1*** designated areas; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(2)** | **$** | **25,000,000** | Within **WIND ZONE 2*** designated areas, other than Florida**; See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(3)** | **$** | **100,000,000** | Within **WIND ZONE 3** and **ZONE 4**; **See Rate/Deductible Schedule for applicable rates and deductibles** |
| **(4)** | **$** | **10,000,000** | Canada |
| **(5)** | | **Refer to Company** | US Territories & Possessions and the Commonwealth of Puerto Rico |

**WATER DAMAGE***

| | | | |
|---|---|---|---|
| **(1)** | **$** | **Included** | **WATER DAMAGE* - Limit follows AOP limit for each project and\or for which a certificate is issued** |

**D. LIMITS MARGIN CLAUSE**

The Limit of Liability scheduled in each Project Certificate or Quarterly Report is considered a provisional limit. Should any increase or decrease in the estimated **TOTAL PROJECT VALUE*** occur for any of the scheduled projects, the corresponding Limit of Liability will automatically increase or decrease to reflect such change concurrently, not to exceed the Limits of Liability and the Annual Aggregate Limits of Liability shown in the above clauses. However, this clause does not apply to any Extensions of Coverage or to Delay In Completion Coverage.

10. **DEPOSIT / MINIMUM PREMIUM**

**A. PROJECT CERTIFICATES**

The premiums stated on Project Certificates are deposit premiums and shall be developed based on the RATING CONDITIONS described in the Master Policy for the estimated term reported to the Company by the Named Insured as stated in the Reporting Provisions by applying the applicable rates stated in the SCHEDULE OF RATES & DEDUCTIBLES. A minimum and earned premium of **$1,000** shall apply for each Project Certificate issued to this Master Policy. All deposit premiums shall be due and payable to the Company within **thirty (30)** days from the Project Certificate effective date.

11. **REPORTING PROVISIONS**

**A. PROJECT CERTIFICATES**

**At Project Startup**

Within 30 days of project startup the Named Insured shall report to the Company the estimated **TOTAL PROJECT VALUE*** to be insured plus the Delay in Completion Limit, if applicable. Such report shall include the physical location (street address, city, state and zip code), job number, project description, type construction, the project start and estimated completion dates and the names and addresses for all parties to be included as Named Insured, Additional Named Insured(s), Loss Payee(s) or Mortgagee(s).

**At Project Completion**

The Named Insured shall report to the Company the completion date and final **TOTAL PROJECT VALUE***.

12. **PREMIUM ADJUSTMENT**

**A. PROJECT CERTIFICATES**

The final earned premium for each Project Certificate shall be computed by applying the rate(s) used for the purpose of computing the deposit premium to the actual term of coverage provided and the final **TOTAL PROJECT VALUE*** declared in accordance with Paragraph 11.A. above. If the premium so calculated shall differ from the deposit premium, such difference shall be due and payable to the Insured or the Company, as the case may be, subject to any minimum premium that may apply.

**B. QUARTERLY REPORTS**

There shall be no adjustment of premium for these projects.

13. **LOSS PAYEE(S) AND MORTGAGE HOLDER(S)**

Loss, if any, shall be adjusted with and made payable to the first Named Insured and designated Loss Payees and/or Mortgage Holders, as shown on any Project Certificate issued to this Master Policy, or as per order of the first Named Insured. Receipt of payment by the first Named Insured shall constitute a release in full of all liability under this Policy with respect to such loss.

If not scheduled on a Project Certificate, Loss Payees and Mortgage Holders, all as their respective interest may appear, may be as shown on ACORD Certificates of Insurance (or its equivalent) issued by **Marsh USA Inc.,** copies of which, upon request of the Company, will be forwarded and kept on file.

**END OF DECLARATIONS**

# Zurich Master Builders Risk Policy

ZURICH

Read the entire Policy carefully to determine rights, duties and what is and is not covered.

Various words and phrases appear in capitalized bold face type followed by an asterisk (*) have special meaning found in Section IV – Definitions and Examples.

## SECTION I - COVERAGE AND EXCLUSIONS

### 1. INSURING AGREEMENT

**A. Coverage**

This Master Policy, its quarterly reports and all Project Certificates issued hereunder, subject to the terms, exclusions, limitations and conditions contained herein or endorsed hereto, insures against all risks of direct physical loss of or damage to Covered Property while at the location of the **INSURED PROJECT*** and occurring during the Policy or Certificate Term.

**B. Coverage Term**

Coverage under this Master Policy, its quarterly reports and all Project Certificates issued hereunder, applies to loss or damage that commences during the Policy Term stated in the Declarations or as shown in its quarterly reports or on individual Project Certificates issued hereunder.

**C. Coverage Territory**

Coverage under this Master Policy applies to Covered Property while located within the United States of America, its territories and possessions, including the District of Columbia and the Commonwealth of Puerto Rico, including the territorial coastal waters of any of the foregoing, unless otherwise endorsed to the Policy.

### 2. COVERED PROPERTY

**Covered Property** means the Insured's interest in the following, unless otherwise excluded:

**A.** **PROPERTY UNDER CONSTRUCTION***; and

**B.** **TEMPORARY WORKS***.

### 3. PROPERTY EXCLUDED

This policy does not insure against loss or damage to:

**A.** Land, land values, and the value of cut, fill and backfill materials which existed at the project site prior to project commencement; however, to the extent included in the estimated **TOTAL PROJECT VALUE*** declared for premium purposes, the value of fill and backfill materials purchased for use in the completion of the project is not excluded. Labor and material charges incurred to move, remove, place or otherwise handle cut, fill and backfill materials, whether or not insured, are covered to the extent such charges are included in the estimated **TOTAL PROJECT VALUE*** declared for premium purposes;

**B.** Contractor's tools, machinery, plant and equipment including spare parts and accessories, whether owned, loaned, borrowed, hired or leased, and property of a similar nature not destined to become a permanent part of the **INSURED PROJECT*** unless the value is declared under a Project Certificate and additional premium is paid at rates, terms and conditions to be agreed;

**C.** Property of any type if located on an offshore island or barrier island, regardless of whether or not it is connected to the mainland by bridge, road, or structure, unless specifically endorsed to a Project Certificate;

**D.** Vehicles or equipment licensed for highway use, rolling stock, aircraft or watercraft;

**E.** Water, standing timber, growing crops and animals;

**F.** Accounts, bills, currency, stamps, deeds, evidence of debt, checks, money, securities, precious metals, precious stones or other property of a similar nature;

**G.** Existing property at the location of the **INSURED PROJECT*** unless coverage has been declared under a Project Certificate;

**H.** Prototype, developmental or used machinery and equipment but only as to damage while undergoing any form of testing, commissioning or startup unless specifically endorsed to a Project Certificate;

**I.** Any property located at a site that stores, processes, handles or makes use of radioactive materials unless reported to and accepted by the Company. The foregoing shall not apply to locations or property making use of radioactive isotopes contained within equipment used for diagnostic or testing purposes.

**J.** Property located at other than the location of **INSURED PROJECT*** except as covered under the Transit or Temporary Offsite Locations Extensions of Coverage;

**K.** Transmission and distribution lines once energized at the completion of testing.

**4. EXCLUSIONS**

This Master Policy, its quarterly reports and Project Certificates shall not pay for loss, damage or expense caused by, resulting from, contributed to or made worse by any of the following, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this Policy, except as specifically allowed below:

**A.** Consequential loss, damage or expense of any kind or description including:

**(1)** loss of market or delay;

**(2)** delay in completion;

**(3)** liquidated damages or performance penalties;

**(4)** penalties for non-completion; or

**(5)** non compliance with contract conditions;

Whether caused by a peril insured or otherwise; however the foregoing shall not exclude Delay In Completion Coverage when it is declared for coverage under an individual Project Certificate;

**B.** Cost of Making Good

The costs that would have been incurred to rectify any of the following had such rectification been effected immediately prior to the loss or damage:

**(1)** Fault, defect, error, deficiency or omission in design, plan or specification;

**(2)** Faulty or defective workmanship, supplies or material;

**(3)** Wear and tear, gradual deterioration, inherent vice, latent defect, corrosion, rust, dampness or dryness of the atmosphere;

However, if direct physical loss or damage by an insured peril ensues, then this Policy will cover for such ensuing loss or damage only.

For the purpose of this Policy and not merely this exclusion, Covered Property, or any portion thereof, shall not be regarded as damaged solely by virtue of the existence of any condition stated under (1), (2) or (3) above.

**C.** War and Military Action, including:

**(1)** Hostile or warlike action in time of peace or war, including action in hindering, combating, or defending against an actual, impending, or expected attack by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval, air forces, or military, naval, or air forces, or an agent of any such government, power, authority, or forces, it being understood that any discharge, explosion, or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority, or forces;

**(2)** Insurrection, rebellion, revolution, civil war, usurped power or action taken by governmental authority in hindering, combating, or defending against such **OCCURRENCE***;

**(3)** Seizure or destruction of property by order of governmental authority. However, if fire is covered by this policy, the Company will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread;

**D.** Nuclear reaction, nuclear radiation or radioactive contamination however such may have been caused; nevertheless if a fire arises directly or indirectly from any of the foregoing, any loss or damage arising directly from that fire shall (subject to the provisions of this policy) be covered, excluding however all loss or damage caused by nuclear reaction, nuclear radiation or radioactive contamination arising directly or indirectly from that fire;

**E.** Disappearance or when revealed by inventory shortage alone;

**F.** Infidelity, dishonesty or fraudulent activity of the Insured or any of the Insured's partners, officers, directors, trustees, employees or others to whom the Covered Property is entrusted (carriers for hire excepted). However, willful acts of malicious intent (including vandalism or malicious mischief) shall not be deemed to be dishonest acts nor shall loss or damage resulting from the insured voluntarily parting with title or possession of any property if induced to do so by any fraudulent scheme, trick, device or false pretense;

**G.** Loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any government agency, court or other authority arising from any cause whatsoever beyond the demolition of any damaged portion of the **INSURED PROJECT*** no longer useful for its intended purpose;

**H.** Any form of fungus, however caused, including yeast, mold, mildew, smut, mushrooms, spores or any substance, product or byproduct produced by, released by or arising as a consequence of the past or current existence of fungus. Any expense to remediate the presence or effects of any of the foregoing shall also be excluded.

**I.** Actual, alleged or threatened release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS***, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this policy;

Nevertheless, if fire is not excluded from this policy and a fire arises directly or indirectly from actual release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS***, any loss or damage Insured under this policy arising directly from that fire is insured, subject to the provisions of this policy;

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism or malicious mischief, leakage or accidental discharge from automatic fire protection systems;

**J.** Asbestos, including:

**(1)** Asbestos material removal;

**(2)** Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos material;

**(3)** Any governmental order or direction declaring that asbestos material which is present in or part of or utilized on any portion of the **INSURED PROJECT*** must be removed or modified;

**K.** Loss or damage covered under any written or implied guarantee or warranty by any manufacturer or supplier, but only to the extent of recovery from such written or implied guarantee or warranty;

**L.** Normal subsidence, settling, cracking, expansion, contraction or shrinkage of walls, floors, ceilings, buildings, foundations, patios, walkways, driveways or pavements;

**M.** Cessation of work, whether total or partial. Cessation of work as used herein shall not mean any period of time during which operations would not normally have been conducted such as Saturdays, Sundays or holidays, nor shall it mean seasonal inactivity planned in advance, schedule delays due to weather, labor actions beyond the Insured's control or suspension of project activity which has been occasioned by loss or damage covered under this Policy provided the **INSURED PROJECT*** is maintained and protected against loss during such inactivity.

**N.** As respects **LANDSCAPING MATERIALS***, infestation, disease, freeze, drought and hail, weight of ice or snow or any damage caused by insects, vermin, rodents or animals;

**O.** As respects COVERAGE EXTENSION F. - Plans, Blueprints, Drawings, etc., electrical or magnetic injury to or errors and omissions in creating, processing or copying electronic records, however caused;

**P.** The Company will not pay for any **SOFTWARE LOSS***. To the extent coverage for equipment, hardware, media or device is provided in the Policy, this exclusion does not apply:

**(1)** if the **SOFTWARE LOSS*** results solely from direct physical loss of or direct physical damage to the equipment, hardware, media or device on which the program, software or operating system, programming instructions, or data are transported, processed or contained;

**(2)** to direct physical loss of or direct physical damage to tangible Covered Property that results from a **SOFTWARE LOSS***;

For the purposes of this exclusion, program, software or operating system, programming instruction and data are not tangible Covered Property.

**5. COVERAGE EXTENSIONS**

**A. TRANSIT:**

Subject to the sublimit entered in item 9.B.(1) of the Declarations or as otherwise stated on individual Project Certificates, coverage applies with respect to Covered Property from the commencement of loading at the original point of shipment anywhere within the Coverage Territory until completion of unloading at the location of the **INSURED PROJECT*** or at a temporary offsite location, including shipments on inland or coastal waters but excluding ocean marine shipments. To the extent others are responsible for loss or damage to Covered Property while in transit under terms F.O.B. to a designated location or recipient, this coverage extension will apply excess thereof and shall not contribute thereto.

The Insured agrees to keep records of all shipments Insured hereunder and make them available to the Company upon request.

This coverage shall be void if the Insured enters into any special agreement with carriers, releasing them from their common law or statutory liability or agreeing that this insurance shall in any way inure to the benefit of such carriers, however, the Insured may, without prejudice to this coverage, accept such bills of lading, receipts, or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of Covered Property.

**B. TEMPORARY OFFSITE LOCATIONS**

Subject to the sublimit entered in item 9.B.(2) of the Declarations or as otherwise stated on individual Project Certificates, coverage applies to Covered Property while at any location on a temporary basis anywhere within the Coverage Territory, except while in the course of manufacturing or processing at a manufacturer's or supplier's site or while in transit. To the extent others are responsible for loss or damage to covered property while at a temporary offsite location, this coverage extension will cover as excess insurance and will not contribute with such other insurance.

**C. LANDSCAPING MATERIALS***

This Policy is extended to cover direct physical loss of or damage to **LANDSCAPING MATERIALS*** that are part of the **INSURED PROJECT***, up to the value that has been declared in the estimated **TOTAL PROJECT VALUE*** reported to the Company. The liability for any one tree, plant or shrub shall not exceed the maximum any one item limit entered in item 9.B.(3) of the Declarations or as otherwise stated on individual Project Certificates.

**D. ARCHITECTS AND ENGINEERS FEES**

Subject to the sublimit entered in item 9.B.(4) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the term of coverage, this policy covers necessary and reasonable compensation for architect's or engineer's services and expenses incurred by the Insured in connection with the repair or replacement of the **INSURED PROJECT***, but excluding those relating to improvements or betterments to the **INSURED PROJECT***.

**E. EXPEDITING EXPENSE AND CONTRACTOR'S EXTRA EXPENSE**

Subject to the sublimit entered in item 9.B.(5) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the term of coverage, this policy shall pay for:

(1) Expediting expenses, including any reasonable wages for overtime, night work, and work on public holidays and extra costs of express freight or other rapid means of transportation which are necessary to make temporary repairs and to expedite the permanent repair or replacement of the Covered Property when damaged by an peril insured, but only to the extent such is necessary to continue as nearly as practicable the normal operation of the work in progress; and

(2) Extra expenses, which means the reasonable and necessary excess costs incurred during the period of restoration or repair of the damaged property that are over and above the total costs that would normally have been incurred during the same period of time had no loss or damaged occurred for the purpose of continuing as nearly as practicable the scheduled progress of undamaged work. Extra expense shall include equipment rental, emergency expenses, temporary use of property, demobilization and remobilization of equipment and facilities, and other expenses necessarily incurred to reduce loss, excluding, however, any Additional Interest or Debt Service Expense, Business Interruption, Loss of Earnings, Loss of Rental Income, or other Delay in Completion.

Any costs incurred hereunder shall be subject to the deductible applicable to the cause of loss that necessitates such costs. In the event that the amount of physical loss or damage to Covered Property by a peril insured under this policy is less than the applicable deductible, the Company shall not accept a claim for, nor be liable for the excess costs as covered herein.

**F. PLANS, BLUEPRINTS, DRAWINGS, OR OTHER CONTRACT DOCUMENTS AND MODELS**

Subject to the sublimit entered in item 9.B.(6) of the Declarations or as otherwise stated on individual Project Certificates, this policy is extended to cover direct physical loss of or damage to plans, blueprints, drawings, renderings, specifications or other contract documents and models while at the **INSURED PROJECT***.

**G. FIRE DEPARTMENT SERVICE CHARGES**

Subject to the sublimit entered in item 9.B.(7) of the Declarations or as otherwise stated on individual Project Certificates, when the fire department is called to save or protect Covered Property from a covered peril, the Company will pay the Insured's liability for fire department service charges and other extinguishing expenses:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance, law, or statute.

The Company will also pay for those costs incurred by the fire department to save or protect Covered Property from fire, but not including the costs to refill fire protective equipment.

**H. FIRE PROTECTIVE EQUIPMENT REFILLS**

Subject to the sublimit entered in item 9.B.(8) of the Declarations or as otherwise stated on individual Project Certificates, the Company will pay the reasonable and necessary costs the Insured incurs to refill fire protective equipment which has been discharged:

**(1)** Accidentally; or

**(2)** In the course of saving or protecting Covered Property from a covered peril.

**I. DEBRIS REMOVAL**

Subject to the sublimit entered in item 9.B.(9) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the term of this Policy, the Company will pay the following necessary and reasonable costs:

**(1)** Costs to remove debris, including necessary demolition expenses, being an insured part of the property from the **INSURED PROJECT***; and/or

**(2)** Cost of cleanup, at the **INSURED PROJECT*,**

made necessary as a result of such direct physical loss or damage.

Unless specifically amended by endorsement, the Company will not pay the expense or cost to extract **CONTAMINANTS OR POLLUTANTS*** from land, water and/or debris, or to remove, restore, or replace contaminated or polluted land or water. Nor will the Company remove or transport any property or debris to a site for storage or decontamination required because the property or debris is affected by **CONTAMINANTS OR POLLUTANTS***, whether or not such removal, transport or decontamination is required by law, ordinance or regulation.

It is a condition precedent to recovery under this extension that the Company shall have paid, or agreed to pay, for direct physical loss or damage to the Covered Property, unless such payment is precluded solely by the operation of any deductible, and that the Insured shall give written notice to the Company of intent to claim for cost of debris removal or cost to cleanup not later than **twelve (12)** months after the date of such physical loss or damage.

**J. EMERGENCY PROPERTY PROTECTION EXPENSE**

Subject to the sublimit entered in item 9.B.(10) of the Declarations or as otherwise stated on individual Project Certificates, this policy shall pay for those reasonable expenses incurred by the insured in an effort to protect or remove Covered Property, including moving and storage expenses, when the property is in imminent danger of sustaining direct physical loss or damage by the perils of:

**(1)** **NAMED STORM***, but only when the potential for the same to occur and to affect Covered Property has been forecasted by the National Weather Service;

**(2)** **FLOOD***, but only when the potential for the same to occur and to affect Covered Property has been forecasted by the National Weather Service or the U.S. Army Corps of Engineers;

**(3)** Fire.

Coverage under this extension shall also apply to any physical loss or damage to Covered Property while it is being moved or in transit to a storage location.

This coverage extension applies for up to thirty (30) consecutive days after the property is first moved.

**K. CLAIMS PREPARATION EXPENSE**

Subject to the sublimit entered in item 9.B.(11) of the Declarations or as otherwise stated on individual Project Certificates, this Policy is extended to cover reasonable and necessary claim preparation costs incurred by the Named Insured at the request of the Company for the purpose of determining the extent or amount of loss or damage prior to finalization of claim adjustment, subject to the following conditions:

**(1)** The Company shall have no liability for claim preparation costs unless and until a claim for covered physical loss or damage to Covered Property has been submitted to and accepted by the Company.

**(2)** Any claim preparation costs incurred shall be subject to the deductible applicable to the peril that necessitates such costs. In the event that the amount of covered physical loss or damage to Covered Property is less than the applicable deductible, the Company shall not accept a claim for nor be liable for additional expenses as covered herein.

**(3)** The Named Insured will seek the approval of the Company prior to entering into any agreement with a vendor or incurring any claim preparation costs;

**(4)** Claim preparation costs includes:

**(a)** The cost of taking inventory, the cost of independent appraisals, and the cost of gathering and preparing other data to substantiate the extent or amount of loss or damage; and

**(b)** The cost of services provided by accountants, contractors and engineers solely for the purpose of determining the extent or amount of loss;

**(5)** Claim preparation costs do not include:

**(a)** Expenses associated with establishing that any claim or part of a claim is covered by the Policy;

**(b)** Expenses associated with the negotiation or presentation of any claim or part of a claim that the Company has advised the Named Insured is disputed or denied;

**(c)** Expenses incurred for public adjusters, claims consultant or any legal fees;

**(d)** Expenses associated with any examination under oath, even if requested by the Company;

**(e)** Expenses incurred under the Appraisal section of the Commercial Property General Conditions.

**L. ORDINANCE OR LAW / DEMOLITION AND INCREASED COST OF CONSTRUCTION**

Subject to the sublimit entered in item 9.B.(12) of the Declarations or as otherwise stated on individual Project Certificates, in the event of insured loss or damage under this policy that causes the enforcement of any law or ordinance in effect at the time of loss that regulates the repair, rebuilding or re-construction of the damaged portions of the **INSURED PROJECT***, then to the extent required by such enforcement of any law or ordinance, the Company shall be liable for:

**(1)** Cost of demolishing undamaged parts of the **INSURED PROJECT*** as required, including cost of clearing the site.

**(2)** Increased cost of repair, rebuilding or re-construction of the damaged and undamaged portions of the **INSURED PROJECT*** on the same premises for the same use but not exceeding like height, floor area, style, material and limited to the minimum requirements of the law or ordinance.

**(3)** If provided by an individual Project Certificate, the increase in the Delay In Completion coverage loss arising out of the additional time required to comply with the requirements of said law or ordinance. Such additional time will not exceed **thirty (30)** consecutive days.

With respect to coverage provided by Paragraph (2) above, the Company shall not be liable for any loss, unless and until the damaged or destroyed building(s) or structure(s) is actually rebuilt or replaced on the same premises with due diligence and dispatch and in no event, unless repair or replacement is completed within two (2) years after the destruction or damage or within such further time as the Company may allow, in writing, during the two (2) years.

The following costs are not payable hereunder:

**(1)** Cost of demolition or increased cost of repair or reconstruction, debris removal, or other consequential loss caused by the enforcement of any law or ordinance regulating asbestos material or **CONTAMINANTS OR POLLUTANTS***;

**(2)** Cost of any governmental direction or request declaring that asbestos material present in, part of or utilized on any undamaged portion of Covered Property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

**(3)** Cost of compliance with the enforcement of any law or ordinance which an Insured would have otherwise incurred by nature of such law or ordinance in the absence of any loss or damage covered by this policy.

**(4)** When Damage To Existing Property coverage is afforded in this policy, the cost of compliance with any law or ordinance as respects the repair, rebuilding or re-construction of such property, unless otherwise endorsed.

**6. CERTIFICATE COVERAGE OPTIONS**

These Coverage Options will not apply to projects reported on quarterly reports and shall only attach under individual Project Certificates when declared by the Named Insured and accepted by the Company.

**A. HOT TESTING***

If a specific **HOT TESTING PERIOD***, premium and rate are entered for **HOT TESTING*** on an individual Project Certificate, when direct physical loss or damage to Covered Property is caused by or results from **HOT TESTING***, the following conditions shall apply to coverage provided hereunder:

**(1)** No coverage is provided for:

**(a)** Loss or damage to catalysts;

**(b)** Loss or damage to refractory linings and brickwork from the time of the first application of heat unless such loss or damage directly results from insured loss or damage to other Covered Property.

**(2)** Supervisory and safety systems shall not be deliberately or knowingly circumvented during the conduct of **HOT TESTING*** and that all instrumentation and protection will be installed and activated prior to the conduct of any **HOT TESTING***. These conditions shall not apply when it is standard accepted industry practice and/or manufacturer's specification that such circumvention is necessary for the conduct of individual activities within the conduct of **HOT TESTING*** provided that such circumvention does not extend beyond said individual activities.

**B. DELAY IN COMPLETION COVERAGE**

***FOR THE PURPOSE OF THIS COVERAGE OPTION ONLY, THE NAMED INSURED, IF DIFFERENT FROM THAT SHOWN IN THIS POLICY'S DECLARATIONS, SHALL BE AS SHOWN ON INDIVIDUAL PROJECT CERTIFICATES. THERE SHALL BE NO ADDITIONAL INSUREDS HEREUNDER, UNLESS OTHERWISE ENDORSED.***

When Delay in Completion Coverage is declared on an individual Project Certificate and the Delay in Completion section of the Project Certificate is completed, the following conditions shall apply:

**(1)** Subject to all terms, conditions, limitations and exclusions of this Policy, in the event of direct physical loss of or damage to Covered Property, the Company shall indemnify the Named Insured for scheduled Loss of **RENTAL INCOME***, Loss of **GROSS EARNINGS***, **ADDITIONAL INTEREST/FINANCING EXPENSES***,

and/or **SOFT COSTS/ADDITIONAL EXPENSES*** arising out of the resulting **DELAY*** in completion of the project described in the Project Certificate on an actual loss sustained basis.

**(2)** The Company shall also indemnify the Named Insured for reasonable expenditures that are necessarily incurred for the purpose of reducing any loss amount under this extension, but only to the extent that such loss amount otherwise payable under this coverage is actually reduced.

**(3)** No liability shall exist under this Coverage unless the **DELAY*** exceeds the respective **DEDUCTIBLE PERIOD*** stated in the Project Certificate, and then liability shall be only for such part of the **DELAY*** that is in excess of that **DEDUCTIBLE PERIOD***.

**(4)** The Company shall not be liable during the **PERIOD OF INDEMNITY*** for more than the **Aggregate Limit of Liability**, subject to the individual sublimits of liability, stated in the Project Certificate.

**(5)** The individual items scheduled for **SOFT COSTS/ADDITIONAL EXPENSES*** are considered estimated expenses, any one of which may be increased up to 125% of the amount scheduled. However, in no event shall the total amount payable for all expenses combined be more than the total amount scheduled for item d. Soft Costs/Additional Expenses under the Delay in Completion Coverage section of the Project Certificate.

**(6)** In the event circumstances require that the project completion date for the **INSURED PROJECT*** shown on any **CONSTRUCTION SCHEDULE*** be revised to extend such completion date, the Named Insured shall establish a revised **CONSTRUCTION SCHEDULE*** and furnish the same to the Company. The new date established in such revised **CONSTRUCTION SCHEDULE*** shall become the **ANTICIPATED DATE OF COMPLETION*** for Delay In Completion Coverage. Failure of the Named Insured to provide such revised **CONSTRUCTION SCHEDULE*** to the Company shall not serve to waive the amendment of the **ANTICIPATED DATE OF COMPLETION***.

However, there shall be no amendment to the **ANTICIPATED DATE OF COMPLETION*** in the event any **CONSTRUCTION SCHEDULE*** is either compressed or accelerated, unless agreed to in writing by the Company and endorsed to the Project Certificate, subject to an additional premium to be agreed.

**(7)** **Application of the DEDUCTIBLE PERIOD***

**(a)** In the event that more than one insured peril with different **DEDUCTIBLE PERIODS*** contributes to the overall **DELAY***, the longest **DEDUCTIBLE PERIOD*** shall apply.

**(b)** The **DEDUCTIBLE PERIODS*** stated in the Delay in Completion section of the Project Certificate are in addition to the applicable Property Damage Deductibles shown.

**(8)** In addition to the Policy **EXCLUSIONS**, the Company will not be liable under this Coverage for any loss or increase in **DELAY*** caused by or resulting from the following additional Exclusions:

**(a)** The enforcement of any ordinance or law regulating removal, repair, construction or re-construction of the damaged property; except as provided by Coverage Extension L. Ordinance or Law / Demolition or Increased Cost of Construction, above;

**(b)** Loss or damage to contractor's plant and equipment or to property not covered by this Policy;

**(c)** Alterations, additions, improvements or other changes made in the design, plans, specifications or other contract documents which are required to effect the repair or replacement of the damaged property;

**(d)** Non-availability of funds other than insurance reimbursement;

**(e)** Import, export or customs restrictions and/or regulations;

**(f)** The breach, suspension, lapse or cancellation of or the failure to obtain, maintain or extend any permit, lease, license, contract or purchase order commitments;

**(g)** The interference by strikers or other persons with the transportation of property, the construction, rebuilding, repairing or replacing of Covered Property hereunder or the occupancy and use of the premises;

**(h)** Any consequential loss;

**(i)** The failure to use due diligence and dispatch in restoring the damaged property to the condition existing prior to the loss or damage;

**(j)** Any change order, revision or other cause which results in deviation from the original **CONSTRUCTION SCHEDULE*** and which is independent of insured loss or damage which gives rise to a **DELAY***, whether occurring prior to or after an insured **DELAY*.**

**C. DAMAGE TO EXISTING PROPERTY (LIMITED)**

When declared under an individual Project Certificate, the policy is extended to cover damage to existing buildings, plant and/or other structures at the location of the **INSURED PROJECT*** but only when the **INSURED PROJECT*** is contained within or attached to such existing buildings, plant and/or other structures and then only to the extent loss or damage arises out of the contractor's activities or operations at the **INSURED PROJECT*** subject to the following terms and conditions:

**(1)** The Company's liability hereunder shall not exceed the Sublimit of Liability shown in the Project Certificate in any one **OCCURRENCE***. This amount is a Sublimit of Liability and is part of and not in addition to the Certificate Limit of Liability.

**(2)** The deductible stated in the Project Certificate shall apply in any one **OCCURRENCE***, except where a higher deductible applicable to a covered peril is shown.

**(3)** The following Property is excluded hereunder:

**(a)** Personal Property:

**(b)** Any property located outside of existing buildings, plant and/or other structures;

**(c)** Underground utilities of any kind;

**(4)** The following additional Exclusions apply to coverage hereunder:

**(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(b)** Electrical injury or disturbance caused by electrical currents;

**(c)** Interruption of incoming electricity, fuel, water, gas, steam, refrigerant or other services except as specifically covered in this Policy.

Exclusions **(4)(a)**, **(4)(b)** and **(4)(c)** apply unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage.

**(d)** Business Interruption, extra expense or other consequential loss;

**(e)** Explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines owned, leased or operated under the control of the Insured. Direct physical loss or damage caused by or resulting from explosion of gases or fuel within the furnace or any fired vessel or within the flues or passages through which the gases or combustion pass is covered;

**(f)** Loss or damage arising solely as a consequence of loss, damage or any structural, mechanical, electrical or material condition which existed prior to the effective date of the Project Certificate;

**(g)** The perils of **EARTHQUAKE*, FLOOD*** or **NAMED STORM*** when the purpose of the **INSURED PROJECT*** is to repair prior **EARTHQUAKE*, FLOOD*** or **NAMED STORM*** damage to or to structurally retrofit the existing buildings, plant or other structures to meet current building codes that address these perils.

**(5)** The following basis of valuation shall apply at the time and place of loss:

**(a)** If actually replaced - the cost to repair or replace the property lost or damaged with materials of like kind and quality at the time and place of loss. In the event that repair or replacement with materials of like kind and quality can not be effected due to obsolescence or non-availability of such materials or the means and methods of fabricating, manufacturing or installing such materials, repair or replacement shall be effected with materials, means and/or methods that are functionally equivalent to the lost or damaged property. In the application of the foregoing, betterment is excluded.

**(b)** If not replaced – the actual cash value (the replacement cost at the time of loss or damage less depreciation), but not more than the building acquisition cost, less the value of the land.

**D. CONTRACTOR'S WRAP AROUND COVERAGE**

When the Named Insured declares coverage as Contractor's Wrap Around, the following provisions will apply:

**(1)** Subject to the terms, conditions, exclusions, limit of liability, sublimit of liability, annual aggregate limits of liability, deductibles and definitions stated elsewhere in the Policy, coverage under this Policy shall only apply when this Policy is broader in meaning or scope of coverage than specific policy(ies) provided by, to or through the owner, or others on their behalf, when such policy(ies) cover the same **INSURED PROJECT*** as that covered herein.

**(2)** Coverage shall apply on an excess basis as respects any amounts recoverable from such other policy(ies), whether actually recovered or not. As respects property and perils covered hereunder for which no coverage applies under such other policy(ies), coverage hereunder shall be primary.

**(3)** Coverage for the following shall not be included hereunder unless specific policy(ies) provided by, to or through the owner, or others on their behalf, include such coverage and then coverage hereunder shall only apply as excess of such specific policy(ies):

**(a)** The perils of **FLOOD*, EARTHQUAKE*** or **NAMED STORMS***, whether individual or combined;

**(b)** Delay In Completion Coverage;

**(c)** **HOT TESTING***;

**(d)** Damage to Existing Property;

**(e)** Ordinance or Law / Demolition and Increased Cost of Construction;

**(4)** Except as stated above, this Policy shall not be considered primary to or contributory with any other valid or collectable insurance covering the same property and interests provided herein.

**(5)** All policy(ies) provided by, to or through the owner or others on their behalf shall be provided to the Company as soon as is practical but not later than **thirty (30)** days after the attachment of coverage.

**(6)** Any policy provided by, to or through the owner or others on their behalf, shall be maintained in full force and effect through the period of coverage set forth on any Company issued Project Certificate issued hereunder for any **INSURED PROJECT*** in accordance with this Contractor's Wrap Around Coverage. The Company shall not be liable for any additional or greater broadening of the meaning or scope between this Policy and such others beyond that which existed at the time coverage hereunder attaches, regardless of any subsequent changes, expiration or cancellation of such other policy, without specific agreement in writing by this Company.

**E. <u>DEDUCTIBLE BUYBACK COVERAGE</u>**

When the Named Insured declares coverage as Deductible Buyback Coverage, the following provisions will apply:

**(1)** In the event that any other valid insurance, covering on the same terms and conditions as covered in this Master Policy, is provided for an individual **INSURED PROJECT*** by a party other than the Named Insured, this policy will cover the difference in the deductible between such other insurance and that provided herein subject to all other terms and conditions of this Master Policy.

**(2)** The premium will be developed by first calculating the premium for the **INSURED PROJECT*** in accordance with the standard coverage Rating Conditions, then applying the percentage applicable to the difference in deductible shown in the Deductible Differential Table in the SCHEDULE OF RATES AND DEDUCTIBLES. Any combination not shown in the Table must be referred to the Company. See Rating Example in Section IV – Definitions and Examples.

**(3)** This provision does not apply to **CATASTROPHE PERILS** stated in the SCHEDULE OF RATES AND DEDUCTIBLES for which an additive rate applies.

**END OF SECTION I – COVERAGE AND EXCLUSIONS**

# SECTION II – RATES AND DEDUCTIBLES / RATING CONDITIONS

## TERMS

Whenever the following terms appear in **bold type** in the Declarations, the SCHEDULE OF RATES & DEDUCTIBLES or any Project Certificates issued hereunder, the following definitions shall apply:

1. **As Declared** – In order to effect coverage, the Insured will advise the sublimit of liability required and that sublimit will be shown on the individual Project Certificate.
2. **NA** – Denotes "Not Applicable" to that coverage, deductible, sublimit of liability or other policy provision.
3. **NCP** – Denotes no coverage is provided.
4. **Refer** – The Insured must refer such risks to the Company for prior approval and determination of coverage terms and conditions before coverage can be effected.

## RATES AND DEDUCTIBLES

***REFER TO THE SCHEDULE OF RATES & DEDUCTIBLES, form MBR 003-SCH.***

## RATING CONDITIONS

**1.** The following projects must be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder:

   a. Any project having an estimated project term greater than **forty-two (42)** months; or

   b. Any project having an estimated total Project Limit of Liability greater than this Master Policy's Limit of Liability stated under Paragraph 9.A of the Declarations or which requires Annual Aggregate Limits of Liability greater than that stated under Paragraph 9.C. of the Declarations; or

   c. Any project located outside of the Insured's Territory of Operation stated in the Declarations.

**2.** Any CATEGORY or CLASSIFICATION that is not shown in the SCHEDULE OF RATES AND DEDUCTIBLES or which states “Refer” under ANNUAL RATES or DEDUCTIBLE shall be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

**3.** Unless otherwise stated in the SCHEDULE OF RATES AND DEDUCTIBLES, all rates will be applied per $100 against the estimated **TOTAL PROJECT VALUE***.

**4.** The STANDARD COVERAGE rates do not contemplate coverage for any CATEGORY shown under CATASTROPHE PERILS, COVERAGE OPTIONS or TERRORISM. When any of these CATEGORIES are provided, the rates shown will be applied in addition to the STANDARD COVERAGE rates.

**5.** When Delay In Completion Coverage is selected, the factor stated in the SCHEDULE OF RATES AND DEDUCTIBLES will be multiplied against the STANDARD COVERAGE rate which applies to the **INSURED PROJECT*** and then the resulting rate will be multiplied per $100 of Delay In Completion value. In addition, should coverage for the perils of **HOT TESTING***, **EARTHQUAKE***, **FLOOD***, or **NAMED STORM*** be provided, the factor stated in the SCHEDULE OF RATES AND DEDUCTIBLES will be multiplied against the rate which applies for such peril(s) with the resulting rate multiplied per $100 of Delay In Completion value.

**6.** The rates shown in the SCHEDULE OF RATES & DEDUCTIBLES do not include any taxes, fees, assessments or other required charges imposed by any local, municipal or state government. In the event such charges are assessed, it shall be the Named Insured's responsibility to pay for such additional charges, which shall be billed to the Named Insured during the normal billing process.

**7.** **APPLICATION OF DEDUCTIBLES**

   **A.** The applicable deductible shown in the SCHEDULE OF RATES AND DEDUCTIBLES shall be deducted from the amount of each claim and the liability of the Company shall be only for the amount of such insured loss or damage in excess thereof, subject to the applicable Limit, Sublimits or Annual Aggregate Limits of Liability.

**B.** The deductibles shall apply on an each **OCCURRENCE*** basis for each **INSURED PROJECT*** that sustains loss or damage.

**C.** When a percentage (%) deductible applies to a peril, the deductible is calculated by multiplying the percentage shown by the **TOTAL PROJECT VALUE IN PLACE*** at the time of loss or damage. If Covered Property at a Temporary Offsite Location or while in transit sustains loss or damage as well, the total value of such Covered Property shall be included when calculating the applicable deductible amount. However, in no event shall the deductible be less than the dollar amount shown. The deductibles shall apply on an each **OCCURRENCE*** basis for each **INSURED PROJECT*** that sustains loss or damage. (Refer to Example of Applicable of Percentage Deductible in Section IV – Definitions and Examples.) When a dollar amount is shown absent a corresponding percentage (%), then that amount shall be deducted.

**D.** In the event that more than one deductible applies to insured physical loss or damage from a single **OCCURRENCE***, only the largest of the applicable deductibles will be applied, unless otherwise endorsed to a Project Certificate.

**E.** As respects Delay In Completion coverage, no liability shall exist unless the **DELAY*** exceeds the respective **DEDUCTIBLE PERIOD*** stated in the Project Certificate, and then liability shall be only for such part of the **DELAY*** that is in excess of that **DEDUCTIBLE PERIOD***. The number of days stated as a **DEDUCTIBLE PERIOD*** will always be applied in addition to any dollar and/or percentage deductible stated for physical loss or damage.

**8. CATASTROPHE ZONES**

Refer to **CATASTROPHE ZONES, form ZBR 301-CAT** for zone identification in the application of **EARTHQUAKE***, **NAMED STORM*** and **FLOOD*** annual aggregate limits, rates and deductibles.

**10. DEFINITIONS**

The following definitions shall be used to determine the annual rate and deductible in the application of the SCHEDULE OF RATES AND DEDUCTIBLES.

**A. CONSTRUCTION CLASSIFICATIONS**

**(1) FRAME** - Buildings where the walls are constructed of wood or other combustible materials, including when combined with other materials such as brick veneer, stone veneer, wood ironclad or stucco on wood.

**(2) JOISTED MASONRY** - Buildings where the walls are constructed of masonry materials such as clay, adobe, brick, gypsum block, cinder block, hollow concrete block, stone, tile, glass block or other similar material and where the floors and/or roof are combustible.

**(3) MASONRY NON-COMBUSTIBLE** - Buildings where the walls are constructed of masonry materials of the type described in JOISTED MASONRY above but with a floor and roof constructed of metal or other non-combustible materials.

**(4) NON-COMBUSTIBLE** - Buildings where the walls, floors and roof are constructed of and supported by metal, asbestos, gypsum or other non-combustible material.

**(5) FIRE RESISTIVE** - Buildings where the walls, floors and roof are constructed of fire resistive materials having a fire resistance rating of not less than two hours.

Reference to walls means the structural frame and support walls. Reference to floors means the floors and supports. Reference to roof means the roof deck and supports.

**B. RENOVATIONS**

**(1) NON-STRUCTURAL RENOVATIONS** – Interior finish work including the upgrade of existing building systems, and not involving any of the work described in 2. below. Also includes non-structural alterations to the building exterior.

**(2) STRUCTURAL RENOVATIONS** – Any project involving any structural alterations to the structure, such as: a) the moving or removal of load-bearing walls or supports; b) the installation of new stairwells or elevator shafts within a building; c) the construction of additional stories on top of an existing structure; d) foundation work / underpinning; e) the restoration of buildings or structures damaged by fire, windstorm, collapse; or f) other work of a similar nature.

## C. PUBLIC PROTECTION CLASSES

**(1)** **PROTECTED** means that the project is located in an area designated by the rating bureau as Public Protection Class (PPC) 1 through 7. In addition, the project site must be within 500 ft. of an operable fire hydrant and within 5 miles of a responding fire department.

**(2)** **UNPROTECTED** means that the project is located in an area designated by the rating bureau as Public Protection Class (PPC) 8 through 10 or does not otherwise qualify as "protected" as defined above.

**END OF SECTION II – RATES AND DEDUCTIBLE / RATING CONDITIONS**

# SECTION III - POLICY CONDITIONS

The following conditions apply in addition to the **Construction Property General Conditions** attached to this Policy.

**1. <u>APPLICABILITY OF MASTER POLICY</u>**

All terms, conditions, exclusions and limitations of this Master Policy shall apply equally to each **INSURED PROJECT*** unless endorsed hereunder or modified to the contrary within any Project Certificate.

**2. <u>VALUATION</u>**

In the event of loss or damage by an insured peril and subject to the applicable Limit, Sublimit or Annual Aggregate Limit of Liability as the case may be, the basis of adjustment of a claim at the time of loss, unless otherwise endorsed herein, shall be as follows:

**A.** **PROPERTY UNDER CONSTRUCTION*** (except **Property of Others**) – The actual cost to repair or replace the lost or damaged property, valued as of the time and place of loss, with material of like kind and quality, less betterment, including contractor’s profit and overhead, in the same percentage allocated in the original contract documents. If not so replaced, loss shall be settled on an Actual Cash Value basis with proper deduction for depreciation and exclusive of overhead and profit.

**B.** **TEMPORARY WORKS*** – The actual cash value of the lost or damaged property valued as of the time and place of loss.

**C.** **Property Of Others** (including items supplied by the owner or for which the Insured is legally responsible) - The actual cost to repair or replace the property lost or damaged with material of like kind and quality including contractor's charges incurred prior to loss and related to such property, if any, less betterment, or the property owner's cost, whichever is less.

**D.** **Plans, Blueprints, Drawings, Renderings, Specifications Or Other Contract Documents And Models** – If replaced, the cost to reproduce with property of like kind and quality including the cost of gathering or assembling information from back up data. If not replaced, the value of blank material.

**E.** **LANDSCAPING MATERIALS*** - The cost to replace with property of like kind, quality and size plus installation costs if such damage occurs after installation.

**F.** **Property In Transit** – The invoice cost plus accrued shipping charges less shipper's liability, if any.

**G.** **Delay In Completion Coverage** - Actual Loss Sustained during the **PERIOD OF INDEMNITY*.**

**3. <u>ANNUAL AGGREGATE LIMITS OR SUBLIMITS OF LIABILITY</u>**

If a Limit or sublimit stated in this Master Policy or any Project Certificate issued hereunder is specified as an Annual Aggregate, then the Company shall not be liable for more than the specified Limit or sublimit for all **OCCURRENCES*** during any annual (365 days, or if leap year, 366 days) period, beginning with the Effective Date of this Policy or the underlying Project Certificate. If the Policy Term is greater than twelve (12) months, such sublimit shall apply in the aggregate to all losses occurring during each twelve (12) month period, beginning with the Effective date of this Policy or the underlying Project Certificate and each subsequent anniversary date.

Annual Aggregate Limits or sublimit(s) not used in any twelve (12) month period are not cumulative to any other twelve (12) month period.

**4. <u>REINSTATEMENT OF LIMIT AFTER LOSS</u>**

With the exception of loss or damage caused by perils that are subject to aggregate limits, any loss hereunder will not reduce the amount of this Master Policy or the underlying Project Certificate, except for a loss to an **INSURED PROJECT*** that exhausts the total POLICY LIMIT OF LIABILITY or CERTIFICATE LIMIT OF LIABILITY for that **INSURED PROJECT***, in which event, coverage will end and the Company will refund the unearned premium for that project.

5. **CANCELLATION**

**A.** Coverage under this Master Policy, its quarterly reports or any Project Certificate may be canceled by the Named Insured by mailing to the Company written notice stating when thereafter such cancellation shall be effective.

**B.** This Master Policy may be canceled by the Company by mailing written notice to the Named Insured at the address shown in this Policy, or last known address, stating when, in accordance with the laws of the state within which the Insured's headquarters is domiciled, but not less than sixty (60) days thereafter, such cancellation shall be effective.

**C.** The Company may cancel any **INSURED PROJECT*** covered by a quarterly report or Project Certificate to this Master Policy by mailing written notice to the Named Insured at the address shown in this Policy, or last known address, stating when, in accordance with the laws of the state within which the property is located, such cancellation shall be effective.

**D.** In the event of the Named Insured's non-payment of any premium due under this Master Policy or for any Project Certificate or quarterly report, said notice shall be **ten (10)** days.

**E.** The mailing of notice as aforementioned shall be sufficient proof of notice and the effective date of cancellation stated in the notice shall become the end of the Master Policy or Project Certificate period. Delivery of such written notice either by the Named Insured or by the Company shall be equivalent to mailing.

**F.** In the event of cancellation by either party hereto, earned premiums shall be computed in accordance with paragraph 12. PREMIUM ADJUSTMENT of the Declarations. Premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective. The Company's check or the check of its representative mailed or delivered as aforesaid shall be a sufficient tender of any refund of premium due to the Named Insured.

6. **MORTGAGE HOLDERS**

The term "mortgage holder" includes lenders and trustees.

**A.** The Company has the right and obligation to make payment to each mortgage holder shown on a Project Certificate or on an ACORD Certificate of Insurance (or equivalent) issued to confirm coverage under this Master Policy, in their order of precedence, as their interests may appear.

**B.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the **INSURED PROJECT***.

**C.** If the Company denies a claim due to acts of the Insured or because the Insured has failed to comply with the terms of this Master Policy or the Project Certificate, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** At the Company's request, pays any premium due under this Policy or Project Certificate if the Insured has failed to do so;

**(2)** Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from the Company of the Insured's failure to do so; and

**(3)** Has notified the Company of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Policy and/or the Project Certificate will then apply directly to the mortgage holder.

**D.** If the Company pays the mortgage holder for any loss or damage and denies payment to the Insured due to the Insured's acts or failure to comply with the terms of this Master Policy or the Project Certificate:

**(1)** The mortgage holder’s rights under the mortgage will be transferred to the Company to the extent of the amount paid by the Company; and

**(2)** The mortgage holder’s right to recover the full amount of the mortgage holder’s claim will not be impaired by the Insured's acts or failure.

The Company has the option to pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to the Company and the Insured will pay their remaining mortgage debt to the Company

**E.** If the Company cancels this Master Policy or a Project Certificate, the Company will give written notice to the mortgage holder at least:

**(1)** Ten (10) days before the effective date of cancellation if canceled is due to nonpayment of premium; or

**(2)** Thirty (30) days before the effective date of cancellation if canceled for any other reason.

**F.** If the Company elects not to renew this Master Policy or a Project Certificate, the Company will give written notice to the mortgage holder at least ten (10) days before the expiration date of this Policy or the Project Certificate.

## DELAY IN COMPLETION – CONDITIONS IN THE EVENT OF LOSS

**1.** The Named Insured shall do, agree to do, and permit to be done all such things as may be reasonably practicable to minimize the extent of any interference with the **CONSTRUCTION SCHEDULE*** so as to avoid or diminish any **DELAY***resulting there from.

**2.** It is a condition of this insurance that as soon as practical the Named Insured shall begin normal operations.

**3.** Upon request by the Company, the Named Insured shall make available all records and information relevant to the determination of loss and expenses related to reducing loss.

**4.** Upon the expiration of one month after the beginning of the **PERIOD OF INDEMNITY*** and each month thereafter, if it is possible to determine the minimum amount which the Company may be liable to pay for such period, the Company shall pay such amount to the Named Insured as an installment of the total loss.

**5.** In the event of payment hereunder, the Company shall conduct an audit of the Named Insured's records twelve months after the commencement of operations to determine the loss as defined by this Policy as well as any expenses incurred by the Named Insured related to reducing loss. Due consideration shall be given to seasonal patterns, trends, variations or special circumstances which would have affected the business had the **DELAY*** not occurred so that the amount thus adjusted shall represent as nearly as may be reasonably practicable the amount which, in the absence of the **DELAY***, would have been realized. Any amount saved in respect of labor costs, charges and expenses that have ceased or reduced during the **PERIOD OF INDEMNITY*** and liquidated damage the Named Insured is entitled to receive from others, whether collectible or not, shall be deducted from the loss during the **PERIOD OF INDEMNITY***.

**6.** In the event the amount of loss determined by the audit is less than or exceeds the sum paid by the Company during the **PERIOD OF INDEMNITY***, the difference between the two amounts shall be paid by or to the Company as the case may be.

**END OF SECTION III – POLICY CONDITIONS**

# SECTION IV - DEFINITIONS AND EXAMPLES

**Wherever in this Master Policy, Project Certificate or any endorsement issued hereunder a word or words appear in capitalized bold face type followed by an asterisk (*), the following definitions will be applied in the interpretation of such wording.**

## DEFINITIONS

**1. ADDITIONAL INTEREST / FINANCING EXPENSES**

Includes: (1) Additional interest charged by lenders to extend or renew interim financing, and interest and/or principal payments that are due and must be paid whether or not the **INSURED PROJECT*** is operational or not; and (2) Additional costs incurred to obtain new financing for the project should the financing expire or be nonrenewed as well as additional loan fees incurred to rearrange financing necessary to complete the **INSURED PROJECT***.

**2. ANTICIPATED DATE OF COMPLETION**

The date stated in the underlying Project Certificate on which the work is scheduled to be completed for commencement of commercial operations or use and occupancy.

**3. CONSTRUCTION SCHEDULE**

Any time table, critical path, time line, bar chart or other scheduling vehicle setting out the times for starting and completing each of the operations required for the construction of the **INSURED PROJECT***.

**4. CONTAMINANTS OR POLLUTANTS**

Any material which after its release can cause or threaten damage to human health or human welfare or which can cause or threaten damage, deterioration, loss of value, marketability or loss of use to Covered Property hereunder as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act, or as designated by the US Environmental Protection Agency.

**5. DEDUCTIBLE PERIOD**

The number of calendar days stated in the underlying Project Certificate, beginning with the **ANTICIPATED DATE OF COMPLETION***.

**6. DELAY**

The period of time between the **ANTICIPATED DATE OF COMPLETION*** and the actual date on which commercial operations or use and occupancy can commence with the exercise of due diligence and dispatch.

**7. EARTHQUAKE**

**A.** Earthquake means all land movement due to seismic activity, including shocks, tremors, volcanic action, earth rising or shifting, landslide, subsidence, sinkhole, and rock fall.

**B.** Direct physical loss or damage by fire or explosion resulting from Earthquake as defined above, will not be considered loss by Earthquake within the terms and conditions of this policy.

**8. FLOOD**

**FLOOD*** means:

**A.** A general and temporary condition of partial or complete inundation of normally dry land areas, including dewatered areas, from:

**(1)** The rising, overflow, or expansion beyond normal boundaries of any body of water or watercourse, whether such body of water or watercourse is natural or man made;

**(2)** The release or breaking of the boundaries of natural or man-made bodies of water or watercourses including the release or overflow of any water impounded by a dam, dike, reservoir or any other barrier or diversionary device;

**(3)** Tsunami, waves, tide or tidal waters, and storm surge;

**(4)** The unusual and rapid accumulation or runoff of surface waters from any source;

**(5)** Mudslides or mudflows where mudslide or mudflows means a river of liquid and flowing mud on the surfaces of normally dry land areas, as when earth is carried by a current of water and deposited along the path of the current;

or the spray from any of the foregoing, whether driven by wind or not.

**B.** Direct physical loss or damage by fire or explosion resulting from Flood as defined above, will not be considered loss by Flood within the terms and conditions of this policy.

**9. GROSS EARNINGS**

Gross revenues from the planned operation of the **INSURED PROJECT*** upon occupancy or commercial service which are not realized during the **PERIOD OF INDEMNITY*** and which would have been earned by the Named Insured if the **DELAY*** had not occurred, less non-continuing expenses.

**10. HIGH HAZARD PERILS**

Earthquake Zone 1, Flood Level 1 and Wind Zone 1 as defined in **CATASTROPHE ZONES** (form ZBR 301-CAT), attached to this Policy.

**11. INSURED PROJECT**

Work which the Insured is contractually obligated to perform in accordance with the contract documents being more fully described and located as set forth in Project Certificates or quarterly reports issued hereunder.

**12. LANDSCPAPING MATERIALS**

Trees, plants, shrubs, grass and lawns planted as part of the **INSURED PROJECT***, but excluding such materials that already exist at the location of the **INSURED PROJECT*** prior to the start of the project.

**13. NAMED STORM**

**NAMED STORM*** means wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a specific storm system that has been named by the National Hurricane Center (NHC) or the Central Pacific Hurricane Center (CPHC) or any comparable worldwide equivalent beginning when such organization issues a watch or warning and ending 72 hours after the termination of the watch or warning; however, **NAMED STORM*** does not include loss or damage caused by **FLOOD*** related to or resulting from a **NAMED STORM***.

**14. OCCURRENCE**

With the exception of the perils of **EARTHQUAKE*, FLOOD*,** and **NAMED STORM***, **OCCURRENCE*** includes all losses or damages that are attributable directly or indirectly to one cause or a series of causes and includes all resultant or concomitant losses wherever located. All such losses or damages will be treated as one occurrence.

As respects the peril of **EARTHQUAKE***, **OCCURRENCE*** shall mean all losses or damages arising during a continuous period of one hundred and sixty eight (168) hours during the term of this Policy. The Insured may elect the moment when the one hundred and sixty eight (168) hour period begins, but no two such periods shall overlap. Such **EARTHQUAKE*** shall be deemed to be a single **OCCURRENCE*** within the meaning of this Policy.

As respects the peril of **NAMED STORM***, **OCCURRENCE*** shall mean all losses or damages arising during a continuous period of seventy-two (72) hours during the term of this Policy. The Insured may elect the moment when the seventy-two (72) hour period begins, but no two such periods shall overlap. Such **NAMED STORM*** shall be deemed to be a single **OCCURRENCE*** within the meaning of this Policy.

As respects the peril of **FLOOD***, **OCCURRENCE*** shall mean all losses or damages arising during a continuous condition as defined in the definition of **FLOOD*.**

The Company shall not be liable for any such loss or damage occurring before the effective date and time or occurring after the expiration date and time of this Policy.

**15. PERIOD OF INDEMNITY**

The number of calendar days stated in the Project Certificate which are in excess of the **DEDUCTIBLE PERIOD***. The Period of Indemnity for any insured **DELAY*** hereunder shall not be limited or otherwise affected by the expiration, cancellation or termination of the Policy.

16. **PROPERTY UNDER CONSTRUCTION**

All property, including materials, supplies, equipment, machinery, and other property of a similar nature, being property of the Insured or of others for which the insured may have assumed responsibility, that will become a permanent part of the **INSURED PROJECT***, the value of which has been included in the estimated **TOTAL PROJECT VALUE*** declared by the first Named Insured in quarterly reports or Project Certificates issued hereto, all when used or to be used in site preparation (including demolition of existing structures as required by the contract), fabrication or assembly, installation or erection, alteration, renovation or construction of the **INSURED PROJECT***.

17. **RENTAL INCOME**

Revenues from rentals and leases not realized during the **PERIOD OF INDEMNITY*** which would have been earned by the Named Insured if the **DELAY*** had not occurred, less non-continuing expenses.

18. **SOFT COSTS / ADDITIONAL EXPENSE**

Expenditures that are necessarily incurred during the **PERIOD OF INDEMNITY*** that would not have been incurred by the Named Insured if the **DELAY*** had not occurred consisting of the following to the extent scheduled on the underlying Project Certificate:

**A.** Legal/Accounting Fees: Fees for additional legal work incurred to revise contracts or other documents, and additional accounting work incurred to renew or restructure the financing;

**B.** Design Professionals Fees: Additional fees for services provided by Architects, Engineers and other Design Professionals;

**C.** Realty Taxes/Ground Rents: Additional realty taxes, ground rents or other assessments actually incurred;

**D.** Insurance Premiums: Additional insurance premiums for extending or renewing coverage;

**E.** Project Administration Expense / General Overhead: Additional project administration expense such as temporary office space, additional clerical expense and other similar expenses;

**F.** Advertising/Marketing Expense: Additional advertising and promotional expenses;

**G.** Leasing/Commission Expense: Additional costs of renegotiating and pre-leasing of the project, including costs of additional commissions incurred upon renegotiating leases;

**H.** Other Expenses, as accepted by the Company and specifically described on the Project Certificate.

19. **SOFTWARE LOSS**

Loss of or damage to any program, software or operating system, programming instruction or data arising out of or resulting from any failure, malfunction, deficiency, deletion, fault, **VIRUS*** or corruption. **SOFTWARE LOSS*** includes loss or damage resulting from any authorized or unauthorized access in, of or to any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, any program, computer software or operating systems, programming instructions or data.

20. **TEMPORARY WORKS**

All scaffolding (including scaffolding erection costs), formwork, falsework, shoring, fences, and temporary buildings or structures, including office and job site trailers, all incidental to the project, the value of which has been included in the estimated **TOTAL PROJECT VALUE*** of the **INSURED PROJECT*** declared by the first Named Insured in quarterly reports or Project Certificates issued hereto.

21. **TESTING**

**A.** **HOT TESTING*** - Any start up, commissioning or other forms of **TESTING*** making use of any feedstock, catalyst or similar media including operational or performance tests.

**B.** **COLD TESTING*** - Any **TESTING***, exclusive of **HOT TESTING*** as defined above, including electrical, mechanical, hydraulic, hydrostatic and pneumatic.

**C.** For the purposes of the foregoing definitions, the startup, testing and commissioning of systems and equipment intended to service a building, including boilers, chillers, pumps, and similar equipment, shall be considered **COLD TESTING***.

**22. TESTING PERIOD**

As respects **HOT TESTING***, **TESTING PERIOD*** shall mean that period beginning with the introduction into the Covered Property of feedstock, catalyst or similar media for production, processing or handling or the commencement of supply to a system and continuously thereafter, whether or not such **HOT TESTING***, commissioning or startup is continuous or intermittent, and terminating on the expiry of the period of time as provided in the Project Certificate.

**23. TOTAL PROJECT VALUE**

The total value of **PROPERTY UNDER CONSTRUCTION***, **TEMPORARY WORKS***, existing structures (when included on a Project Certificate) and **LANDSCAPING MATERIALS***; plus labor costs that will be expended in the **INSURED PROJECT***; plus site general conditions, construction management fees, and contractor's profit and overhead, all as declared in quarterly reports or Project Certificates issued hereto.

**24. TOTAL PROJECT VALUE IN PLACE**

The **TOTAL PROJECT VALUE*** that has already been constructed, erected or installed (including existing structures, if covered by a Project Certificate); plus Covered Property that is waiting to be constructed, erected or installed, all while at the location of an **INSURED PROJECT*** immediately prior to the loss or damage.

**25. VIRUS**

Any software, data or code that affects the operation or functionality of any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, program, computer software or operating systems, programming instructions or data including any destructive program, computer code, computer virus, worm, logic bomb, denial of service attack, smurf attack, vandalism, Trojan Horse or any other data introduced into any electronic system causing deletion, destruction, degradation, corruption, malfunction or compromise to data, software or electronic business systems.

**26. WATER DAMAGE**

All damage caused by water, whatever the source, whether or not driven by wind, other than that otherwise defined as **FLOOD*** or that resulting from a **NAMED STORM***.

## EXAMPLES

**1. Application of Percentage Deductibles**

The insured had three (3) projects damaged as a result of a single **OCCURRENCE*** by a covered peril. The Deductible for the peril in question is 2% subject to a $100,000 minimum, each **OCCURRENCE*** for each **INSURED PROJECT*** that sustains damage. The maximum Annual Aggregate Limit per project for the insured peril in question is $10,000,000.

(1) Project #1 is insured under a Project Certificate and has a **TOTAL PROJECT VALUE*** of $30,000,000, of which the **TOTAL PROJECT VALUE IN PLACE*** at the time of loss was $10,000,000. The amount of loss sustained by this project was $150,000.

The deductible for Project #1 is calculated as follows: 2% x $10,000,000 = $200,000.

Since the amount of loss is less than the deductible, no payment is due.

(2) Project #2 is also insured under a Project Certificate and has a **TOTAL PROJECT VALUE*** of $100,000,000, of which the **TOTAL PROJECT VALUE IN PLACE*** at the time of loss was $40,000,000. In addition, Covered Property for this project at a temporary offsite location with a total value of $1,000,000 also sustained damage. The total amount of loss sustained by this project was $12,000,000.

The deductible for Project #2 is calculated as follows: 2% x $41,000,000 = $820,000.

The amount payable to the insured is **$10,000,000** ($12,000,000 less $820,000 = $11,180,000; however, this amount is limited to the maximum Annual Aggregate Limit per project for the insured peril in question.)

(3) Project #3 was reported under a Quarterly Report and has a **TOTAL PROJECT VALUE*** of $4,000,000 of which the **TOTAL PROJECT VALUE IN PLACE*** at the time of loss was $2,500,000. The amount of loss sustained by this project was $250,000.

The deductible for Project #3 is calculated as follows: 2% x $2,500,000 = $50,000; however, since this amount is less than the minimum, the $100,000 minimum applies.

The amount payable to the insured is **$150,000** ($250,000 - $100,000).

**2. Deductible Buyback Coverage**

The Named Insured wishes to buy down a **$250,000 deductible**.

**(1)** The standard coverage premium developed based on the Rating Conditions for the project is **$150,000** based on a **$25,000 deductible**.

**(2)** The applicable percentage from the Deductible Differential Table is **21%.**

**(3)** Therefore, the Deductible Buyback premium is $31,500 (21% of $150,000).

**END OF SECTION IV – DEFINITIONS AND EXAMPLES**

# First Solar
## 08/24/2017 to 08/24/2020

| STANDARD COVERAGE | | | |
|---|---|---|---|
| CATEGORY | CLASSIFICATION | ANNUAL RATE (per $100 OF TOTAL PROJECT VALUE) | DEDUCTIBLE |
| PV Solar farm | Non-Tracking or Tracking System | 0.0402 | $100,000 except $100,000 Water Damage |
| PV Solar Farm | Non-Tracking or Tracking System | 0.0361 | $250,000 except $250,000 Water Damage |
| PV Solar Farm | Non-Tracking or Tracking System LEG 3 | 0.0494 | $100,000 except $100,000 Water Damage |
| PV Solar Farm | Non-Tracking or System LEG 3 | 0.0449 | $250,000 except $250,000 Water Damage |
| All Other Project Types or Categories Not Specified Above | All Manufacturing; Chemical/Petrochemical or Co-Generation Plants; Dams; Marine Works, including Piers, Wharves, Docks); Tanks, Towers (including Radio, TV Telecommunications), etc. | Refer | Refer |

## 08/24/2017 to 08/24/2020

| CATASTROPHE PERILS Earthquake Deductibles | | | | |
|---|---|---|---|---|
| CATEGORY | CLASSIFICATION | EARTHQUAKE SUB-LIMIT | Annual Rate (per $100 of TOTAL PROJECT VALUE) | HARD COST / DSU DEDUCTIBLE (% / MINIMIM / MAXIMUM) |
| Earthquake | Earthquake - Zone 1 (all subzones and all CA) | <$10,000,000 | .0475 - .19 | 2% / $250,000 / $1,000,000 / 30 days |
| | | UP TO $25,000,000 | .0475 - .19 | 2% / $250,000 / $2,500,000 / 30 days |
| | | UP TO $50,000,000 | .0475 - .19 | 2% / $250,000 / $5,000,000 / 30 days |
| | | ABOVE $50,000,000 | .0475 - .19 | 2% / $250,000 / $5,000,000 / 30 days |
| | Earthquake - Zone 2 | ALL | 0.038 | $100,000 / 30 days |
| | Earthquake - Zones 3 & 4 | ALL | Included | $100,000 / 30 days |
| | US Territories & Possessions and Puerto Rico & CANADA | ALL | Refer | Refer |

## CATASTROPHE PERILS
### Flood Deductibles

| CATEGORY | CLASSIFICATION | FLOOD SUB-LIMIT | Annual Rate (per $100 of TOTAL PROJECT VALUE) | HARD COST / DSU DEDUCTIBLE (% / MINIMIM / MAXIMUM) |
|---|---|---|---|---|
| Flood | Within Flood Level 1 | <$10,000,000 | .0285 - .0475 | 2% / $250,000 / $1,000,000 / 30 days |
| | | UP TO $25,000,000 | .0285 - .0475 | 2% / $250,000 / $2,500,000 / 30 days |
| | | UP TO $50,000,000 | .0285 - .0475 | 2% / $250,000 / $5,000,000 / 30 days |
| | | ABOVE $50,000,000 | .0285 - .0475 | 2% / $250,000 / $5,000,000 / 30 days |
| | Within Flood Level 2 | ALL | 0.0285 | 2% / $100,000 / 30 days |
| | Within Flood Level 3 | ALL | Included | $100,000 / 30 days |
| | US Territories & Possessions and Puerto Rico & CANADA | ALL | Refer | Refer |

## CATASTROPHE PERILS
### Named Storm Deductibles

| CATEGORY | CLASSIFICATION | NAMED STORM SUB-LIMIT | Annual Rate (per $100 of TOTAL PROJECT VALUE) | HARD COST / DSU DEDUCTIBLE (% / MINIMIM / MAXIMUM) |
|---|---|---|---|---|
| Named Storm | All Wind Zone 1 | <$10,000,000 | .0285 - .0475 | 2% / $250,000 / $1,000,000 / 30 days |
| | | UP TO $25,000,000 | .0285 - .0475 | 2% / $250,000 / $2,500,000 / 30 days |
| | | UP TO $50,000,000 | .0285 - .0475 | 2% / $250,000 / $5,000,000 / 30 days |
| | | ABOVE $50,000,000 | .0285 - .0475 | 2% / $250,000 / $5,000,000 / 30 days |
| | All Other Windstorm Zone 2 | ALL | 0.0285 | 2% / $100,000 / $1,000,000 / 30 days |
| | Wind Zone - Zones 3 & 4 | ALL | Included | $100,000 / 30 days |
| | US Territories & Possessions and Puerto Rico & CANADA | ALL | Refer | Refer |

## COVERAGE OPTIONS

| | | | | |
|---|---|---|---|---|
| **Delay In Completion** | All Classifications | 150% Of All Applicable Standard Rates & 200% Of All Catastrophe Rates | | 1 Day Per Month Of Project Term – Min 15 Days / Max 30 day Except As Noted Under Optional Coverages Below If Greater |
| **TERRORISM Certified Terrorism-Applied against STANDARD COVERAGE and non-Catastrophe Delay in Completion premiums** | Non-TAZ | 2% | | Per Standard Coverage Classification Above |
| | TAZ | 5% | | |

**TERMS**

| | | |
|---|---|---|
| TERMS | **Included:** | Coverage is included in Standard Coverage Rate. No additional charge applies. |
| | **NA:** | Denotes Not Applicable to that classification. |
| | **NCP:** | Denotes no coverage provided. |
| | | The Insured must Refer such risks to the Company for prior approval and determination of coverage terms and conditions. |

# International Master Builders Risk Endorsement

ZURICH

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 1 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

**I. ZURICH MASTER BUILDERS RISK POLICY DECLARATIONS** are amended by the addition of the following schedule**.**

**SCHEDULE**

The Company shall not be liable for more than the following Sublimit(s) of Liability, in any one **OCCURRENCE*** unless otherwise specifically amended on individual Project Certificates, for any one **INSURED PROJECT*** to which this endorsement applies. Coverage shall only apply for individual sublimits when a dollar amount is entered below. In no event shall these Sublimits of Liability obligate the Company to pay more than the **TOTAL PROJECT VALUE*** on the Project Certificate or increase the Limit of Liability or Aggregate Limits of Liability.

| | | | **Sublimits of Liability** |
|---|---|---|---|
| **A.** | **$250,000,000*** | **Master Policy Limit or amount specified** | Difference In Conditions / Difference In Limits |
| **B.** | **$250,000,000*** | **Master Policy Limit or amount specified** | Non-Admitted Coverage |

*unless specifically endorsed to a higher limit per project certificate.

**II. Section I, Paragraph 1.C. Coverage Territory** is deleted and replaced with the following:

**C. Coverage Territory**

Coverage under this policy applies to loss or damage to Covered Property that takes place in the Coverage Territory. Coverage Territory is amended to include Canada.

When coverage is extended to property situated outside of the United States of America, its territories and possessions, including the District of Columbia and Commonwealth of Puerto Rico, the following conditions shall apply to such property while located at the location of the **INSURED PROJECT*** as stated on individual Project Certificates to this Master Policy including while in offsite storage and /or while in transit within any non-prohibited country or any **PROHIBITED JURISDICTION***.

**III.** The following provisions are added to **Section I – COVERAGE AND EXCLUSIONS:**

**INTERNATIONAL COVERAGE EXTENSIONS**

The following conditions shall apply to Covered Property while at the location of the **INSURED PROJECT*** as stated on individual Project Certificates to this Master Policy including while in offsite storage and/or while in transit. These extensions will not apply to projects reported on quarterly reports and shall only attach under individual Project Certificates when declared by the **FIRST NAMED INSURED*** and accepted by the Company.

The insurance in this International Master Builders Risk Endorsement is not **LOCAL INSURANCE***. The Company will not pay for any local fines, taxes, or other penalties for the Insured's failure to obtain any **LOCAL INSURANCE*** required for the Insured's **OPERATIONS*** in any country, jurisdiction, state, or province. The Company will not provide any bonds, certificates or other evidence of insurance required of **LOCAL INSURANCE***.

This International Master Builders Risk Endorsement is not a substitute for any **LOCAL COMPULSORY INSURANCE*** in any country, jurisdiction, state, or province, whether or not this International Builders Risk Endorsement is accepted by local authorities. The Insured has the sole duty to arrange for **LOCAL COMPULSORY INSURANCE***. If the Insured does not arrange for **LOCAL COMPULSORY INSURANCE***, this International Master Builders Risk Endorsement will respond as if you had obtained the **LOCAL COMPULSORY INSURANCE***. The Insured warrants that all **LOCAL COMPULSORY INSURANCE*** is in full force and effect at limits mandated by law. Failure of the Insured to comply with **LOCAL COMPULSORY INSURANCE*** requirements shall not invalidate this insurance, but in the event of such failure, the Company shall only be liable to the same extent as if the Insured has complied with such requirements.

**A. CURRENCY DEVALUATION**

The Company will pay any deficiency in the amount of collectible loss under a **LOCAL INSURANCE*** policy caused by devaluation of the currency of the country in which the **LOCAL INSURANCE*** policy is written. The Company will pay no more than the applicable Sublimit of Liability indicated in the Schedule. The Insured agrees to adjust deficiencies as soon as practicable after the date of the currency's devaluation.

**B. DIFFERENCE IN CONDITIONS / DIFFERENCE IN LIMITS**

Subject to the Sublimit of Liability entered in A. in the above Schedule or as otherwise stated on individual Project Certificates and subject to all other terms and conditions in this endorsement and this Policy, the insurance under this Policy applies on a Difference in Conditions basis and a Difference in Limits basis when **LOCAL INSURANCE*** is in force, as follows:

**(1) Difference in Conditions**

This policy applies on a Difference In Conditions basis, subject to all other terms and conditions in this endorsement and this policy, provided the Insured has a loss or damage:

(a) Where the physical loss or damages occurs outside of the United States of America, including its territories and possessions; and

(b) There is a **LOCAL INSURANCE*** policy(ies) intended to respond to such loss or damage in that country, state or territory but which does not, by its terms provide coverage for such loss or damage.

In that event, under this provision, the Company will pay for such loss or damage where coverage is provided under the terms and conditions of this Policy and when the insured peril or definitions or conditions set forth under this Policy and its endorsements are broader in meaning or scope than those of the **LOCAL INSURANCE*** policy(ies). The Company will, however pay no more than the applicable Sublimit of Liability indicated in the Schedule for Difference In Conditions.

**(2) Difference In Limits**

This policy applies on a Difference In Limits basis, subject to all other terms and conditions in this endorsement and this policy, provided the Insured has a loss or damage:

(a) Where the physical loss or damage occurs outside of the United States of America, including its territories and possessions;

(b) There is a **LOCAL INSURANCE*** policy(ies) intended to respond to such loss or damage in that country, state or territory; and

(c) Such **LOCAL INSURANCE*** policy(ies) cover, in whole or part, the same loss or damage as this policy covers.

In that event, under this provision, the Company will pay the difference between the applicable **LOCAL INSURANCE*** limits and the applicable Sublimit of Liability in the above Schedule, provided:

(a) Coverage is provided under the terms and conditions of this Policy; and

(b) The limits under all **LOCAL INSURANCE*** have been exhausted and the deductible(s) under all such policies have been applied.

The Company will, however, pay no more than the applicable Sublimit of Liability indicated in the Schedule for Difference In Limits.

**(3)** The Company will not be liable for non-recovery under **LOCAL INSURANCE*** due to insolvency or any financial failure with respect to such **LOCAL INSURANCE***.

**(4)** No coverage is provided if the Insured is unable to recover in full any loss or damage under any other insurance, if the inability to recover results from an act of deliberate under-insurance on the Insured's part or from the Insured's failure to comply with any condition of such other insurance.

**(5)** All **LOCAL INSURANCE*** that is in force at the inception of this Policy will be maintained in full force and effect during the term of this Policy. Renewals or replacement of such a **LOCAL INSURANCE*** policy(ies) will not be more limited or restrictive than the expiring coverage.

**(6)** Any coverage provided by the **LOCAL INSURANCE*** that is not provided in this Policy does not extend to this Policy.

**(7)** The following additional exclusions apply to coverage provided in DIFFERENCE IN CONDITIONS / DIFFERENCE IN LIMITS ("DIC/DIL"):

(a) This DIC/DIL Coverage does not replace coverage under any **LOCAL INSURANCE*** or provide coverage under C. Non-Admitted Coverage or D. Financial Interest of the **FIRST NAMED INSURED***.

(b) This DIC/DIL Coverage does not cover loss or damage that is covered under any government or national program, pool or scheme.

**C. NON-ADMITTED COVERAGE**

Subject to the Sublimit of Liability entered in B. in the above Schedule or as otherwise stated on individual Project Certificates and subject to all other terms and conditions in this endorsement and this Policy, when the physical loss or damage occurs outside of the United States of America including its territories and

possessions and where **NON-ADMITTED INSURANCE*** is permitted, the Company will pay for direct physical loss of or damage caused by an insured peril to property while located at the **INSURED PROJECT*** provided there is no **LOCAL INSURANCE*** applying to such property.

**D. FINANCIAL INTEREST OF THE FIRST NAMED INSURED***

Subject to the Sublimit of Liability entered in B. in the above Schedule unless otherwise specifically amended on individual Project Certificates and subject to all other terms and conditions in this endorsement and this Policy, when the physical loss or damage occurs in a **PROHIBITED JURISDICTION***, the Company will pay for the **FIRST NAMED INSURED***'s financial loss resulting from direct physical loss of or damage to Covered Property by an insured peril while located at the **INSURED PROJECT***. Payment will only be to the **FIRST NAMED INSURED*** as respects its insurable interest and only to the extent the loss or damage is not otherwise insured, provided the local law in the **PROHIBITED JURISDICTION*** prohibits coverage under or payment for loss under **NON ADMITTED INSURANCE**, Difference In Conditions Insurance, or Difference In Limits Insurance.

The most the Company will pay under this Coverage is the amount that would have been payable under this Policy if local law allowed coverage under or payment for loss under **NON-ADMITTED INSURANCE***, Difference In Conditions Insurance, or Difference In Limits Insurance.

Notwithstanding the coverage for Financial Interest of the **FIRST NAMED INSURED*** granted under this Coverage, it is understood and agreed that any subsidiary located in any **PROHIBITED JURISDICTION*** where local law prohibits coverage under or payment for loss or damage under **NON-ADMITTED INSURANCE***, Difference In Conditions, or Difference in Limits Insurance is not party to or a beneficiary under this Policy and has no rights under it.

The duties and requirements imposed upon any Insured under this Policy shall not apply in a **PROHIBITED JURISDICTION*.** However, with respect to any loss or damage in a **PROHIBITED JURISDICTION*,** it shall be the duty of the **FIRST NAMED INSURED*** to do or to cause the applicable subsidiary to do such things as would be required of such subsidiary if this Policy applied directly to such claim.

The **FIRST NAMED INSURED*** shall pay the Company an amount equal to its share of any recoveries made by or on behalf of any subsidiary operating in a **PROHIBITED JURISDICTION*,** as if such recoveries had been received by the **FIRST NAMED INSURED***.

Loss or damage under this Coverage does not include anything otherwise payable elsewhere in the Policy.

## E. TAX LIABILITY

**(1)** In the event that a loss insured hereunder cannot be paid in the country where the loss insured under this policy has occurred, this Company shall be liable for an additional loss payment in accordance with the following formula:

Loss payment due under this section -= [a(1-c)/ (1-b)]-a

Where:

a = Loss otherwise payable under this policy except for operation of this coverage, after due consideration for any applicable deductible(s).

b = The net effective rate of the sum of any taxation (a positive number) plus tax any relief/credit (a negative number) that accrues in the country where loss payments are received.

c = The net effective rate of the sum of: any taxation (a positive number) plus tax any relief/credit (a negative number) that accrues in the country where the loss occurred.

**(2)** The formula herein will not apply if the calculation of additional payment results in an amount less than zero. The rates referred to herein will be the respective corporate income tax rates in effect on the date of the loss.

**(3)** The Insured will cooperate with the Company in making every reasonable effort to pay the loss or portion thereof locally in the country in which the loss occurred.

**(4)** Any payment under this coverage will be made only after completion and acceptance by the Company of audited tax returns for the period in question for both the country where a payment here under is made and the country where the loss occurred. The actual payment under this coverage will be adjusted and reduced by all appropriate tax credits and/or tax relief entitled and/or received by the insured and/or the local entity where the loss occurred provided that an income tax liability is incurred.

**IV.** The following provision is added to **Section III - Policy Conditions**:

**CURRENCY**

The amounts used herein are in United States of America currency. Premiums will be paid and all losses will be adjusted and paid in United States of America currency, except at the Insured's request and with the Company's consent, premiums and loss payments may be made in local currency, calculated as follows:

**A.** In the event of premiums to be paid in local currency, the conversion rate will be based on the applicable New York foreign exchange selling rate published in the Midwest Edition of The Wall Street Journal as of the date of the billing of the premium.

**B.** In the event of loss adjustment involving local currency, the conversion rate will be based on the applicable New York foreign exchange selling rate published in the Midwest Edition of the Wall Street Journal as of the date of the payment of the loss amount.

**C.** The cost of replacement or repair will be converted at the time the cost of replacement or reconditioning is incurred and the conversion rate will be based on the applicable New York foreign exchange selling rate published in the Midwest Edition of the Wall Street Journal.

**D.** If the property is not replaced or repaired, the conversion rate will be based on the applicable New York foreign exchange selling rate published in the Midwest Edition of The Wall Street Journal as of the date of payment of the loss amount.

If the Midwest Edition of The Wall Street Journal was not published on the stipulated date, or the rate of exchange was not published on the stipulated date, the rate of exchange will be as published on the next business day the rate is published.

Local currency is defined as currency of the country where the loss or damage occurs.

**V.** The following exclusions are added to **Section I. 4. EXCLUSIONS**:

**1.** The Company will not pay for loss, damage or expense caused by or resulting from direct physical loss of or damage to Covered Property resulting from an insured peril where:

**(1)** **LOCAL INSURANCE*** is prohibited by local law, regulation, or authorities from providing coverage for direct physical loss of or damage by that insured peril; or

**(2)** Coverage was obtained or could have been obtained under any governmental or national program, pool, or scheme; however, this coverage shall apply as excess over any amounts recoverable under such governmental or national programs, pools, or schemes, subject to the terms, conditions and limits of this coverage

**2.** The Company will not pay for loss, damage or expense caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a weather condition that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**(1)** Seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread; or

**(2)** Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to covered property directly caused by direct physical loss of or damage to Covered Property by an insured peril.

However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **CONTAMINANTS OR POLLUTANTS***.

**3.** The Company will not pay for loss, damage or expense caused by or resulting from:

**(1)** The failure or overflowing of dikes, dams, floodgates, quays, sluices, banks, or other similar works within the Netherlands; or

**(2)** **STURMFLUT*** in Germany.

**4.** The Company will not pay for loss, damage or expense in the Republic of South Africa, Transkei, Ciskei, Bophuthatswana, Venda and South West Africa (Namibia).

Such loss or damage is excluded regardless of any other cause or event, including a weather condition that contributes concurrently or in any sequence to the loss or damage, even if such other cause or event would otherwise be covered. But if the result of one of these excluded causes of loss is fire or explosion, the Company will pay for that portion of the loss or damage solely caused by that fire or explosion.

**5.** The Company will not pay any physical loss or damage caused by or resulting from any **TERRORIST ACTIVITY*** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

**6.** The Company will not pay for loss or damage caused by, or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

**(1)** Civil commotion, labor disturbances, riot, strike, lockout, or public disorder or any act or activity which is calculated or directed to bring about any of the foregoing;

**(2)** Mutiny, military rising, military or usurped power, martial law, or state of siege or any other event or cause which results in proclamation or maintenance of martial law or state of siege;

**(3)** Any act (whether on behalf of any organization, body or person or group of person(s) calculated or directed to overthrow or influence any state or government or any provincial, local or tribal authority by force or by means of fear, terrorism or violence;

**(4)** Any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause, or to bring about any social or economic change in protest against any state or government or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public or any section thereof; or

**(5)** Any occurrence for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**VI.** The following provision is added under **Section I.1. Insuring Agreement**:

**International Insurance Program Structure**

This Policy is part of an international insurance program. This program arrangement is a compilation of different policies, which all have one common goal: to cover the Insured as agreed to in this Policy. Therefore, the Insured agrees to special clauses regarding limits and deductibles with the Company, considering the overall intent of the Insured's international insurance program.

The following policies may be part of the Insured's international insurance program:

**(1)** this Policy, including the individual Project Certificate issued hereunder for the project in question;

**(2)** local policy(ies); and

**(3)** **FoS (FREEDOM OF SERVICES) POLICY(IES)***

**VII**. The following provision is added to **9. Limit of Liability** of the Zurich Master Builders Risk Declarations:

**Overall Limits of Liability for International Projects issued hereunder**

**(1)** In consideration of the payment of the premium for the Insured's international insurance program, the Insured and the Company agree that for the purpose of the application of the Limit of Liability, any of the Sublimits of Liability and any of the Aggregate Limits of Liability under this Policy, the total sum of loss that could be payable for the same **OCCURRENCE*** under:

**(a)** this Policy and as stated in the individual Project Certificate issued hereunder for the project in question;

**(b)** local policy(ies); and

**(c)** the **FOS (FREEDOM OF SERVICES) POLICY(IES)***,

or any combination of the above mentioned policies ((a), (b) and (c) hereafter referred to collectively as "the Policies") cannot exceed the applicable limits as shown on the underlying Project Certificate issued for the project in question.

**(2)** **<u>Special Conditions regarding Aggregation</u>**

In the event that the total sum of payments for loss or damage under "the Policies" for the same **OCCURRENCE*** exceeds the applicable Limit of Liability or any applicable Sublimits of Liability under the underlying Project Certificate, the Insured agrees to reimburse the Company for any amount that the Company pays that exceeds such Limit of Liability or Sublimit of Liability.

Any amount due under the terms of this clause shall be paid within 28 days of notice from the Company.

**VIII**. The following provision is added under **Section II.7. Application of Deductibles**:

**<u>Overall International Insurance Program Deductible</u>**

In consideration of the payment of the premium for your international insurance program, the Insured and the Company agree that for the purpose of the application of the deductible(s) for loss payable under this Policy, that the deductible(s) amounts applied under local policy(ies) and **FOS (FREEDOM OF SERVICES) POLICY(IES)***, as applicable, for loss for the same **OCCURRENCE***, as payable under this Policy, are added together. Deductibles that apply to types of coverage or perils will be added together in the applicable policy(ies) in the same manner that they are applied under this Policy.

In the event that the sum of deductible(s) produced by this calculation exceeds the applicable deductible(s) as shown in the individual Project Certificate for the loss for the same **OCCURRENCE*** payable under this Policy, no further deductible(s) apply under this Policy.

In the event that the sum of deductible(s) produced by this calculation is less than the applicable deductible(s) as shown in the individual Project Certificate for the loss for the same **OCCURRENCE*** payable under this Policy, then the difference between the applicable deductible under this Policy and the sum calculated above will be applied under this Policy.

**IX**. The following provisions are added under **Section IV. Definitions and Examples,** Definitions of the Zurich Master Builders Risk Policy:

**EEA**

The European Economic Area; within this area, free provision of services in all countries without any additional insurance license is allowed.

**FIRST NAMED INSURED**

The first Named Insured entered in item 3.A. of the Declarations

**FOS (Freedom of Services) POLICY**

A policy which only covers risks and locations in the **EEA*.**

**LOCAL INSURANCE**

Insurance provided under either a **LOCAL PROGRAM POLICY*** or **NON-PROGRAM POLICY*.**

**LOCAL COMPULSORY INSURANCE**

Any insurance which an Insured is required to purchase from domestic or licensed insurance companies under the laws of any country, nation or state, other than the United States of America (including its territories and possessions), Puerto Rico, or Canada.

**LOCAL PROGRAM POLICY**

A primary policy effective on or after the beginning of the Term of Insurance which has been issued in a country within the Coverage Territory and has been issued at the Company's direction or coordinated by the Company specifically for this insurance program.

**NON-ADMITTED INSURANCE**

A policy issued in one country that covers exposures in other countries where the Company has not filed with the Insurance regulators of the country where the exposure is to provide insurance coverage.

**NON-PROGRAM POLICY**

A primary policy providing substantially the same coverage as this Policy effective on or after the beginning of the Term of Insurance and which has been issued in a country within the Coverage Territory but has not been issued at the Company's direction or coordinated by the Company specifically for this insurance program.

**OPERATIONS**
The Insured's business activities occurring at the **INSURED PROJECT*** prior to the physical loss or damage. Operations does not include: the activities of those with whom the Insured does business; investing or financing activities conducted for the Insured's own account; or research and development operations.

**PROHIBITED JURISDICTION**

Any country or political subdivision, outside the United States of America and its territories and possessions, in which by that country's or political subdivision's insurance laws and regulations, the Company is not allowed to insure risks.

**STURMFLUT**

A flooding of dry land by storm driven waves on coastal areas, or into bays or inland waters, connected to the ocean or sea.

**TERRORIST ACTIVITY**

Any activity which is unlawful under the laws of the place where it is committed and which involves any of the following:

**(1)** The hijacking or sabotage of any conveyance (including an aircraft, vessel or vehicle);

**(2)** The seizing or detaining of, or threatening to kill, injure, or continue to detain any person in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained;

**(3)** A violent attack upon an internationally protected person (as defined in section 1116(b)(4) of title 18, United States Code) or upon the liberty of such a person;

**(4)** An assassination;

**(5)** The use of any:

(a) Biological agent, chemical agent, or nuclear weapon or device; or

(b) Explosive or firearm (other than for mere personal monetary gain);

with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property;

**(6)** A threat, attempt or conspiracy to do any of the foregoing;

**(7)** Any act or acts deemed or declared by any government official, law enforcement agency, intelligence agency, or other public authority to be terrorism or terrorist act(s); or

**(8)** Any act, including but not limited to, the use of force or violence or the threat of force or violence of persons or groups of persons, acting on behalf of or in connection with any organizations or governments, committed for political, religious, ideological, or similar purposes including the intention to influence any government to put the public, or any section of the public, in fear.

**All other terms and conditions of the Policy remain unchanged.**

ZURICH

# Foreign Catastrophe Zones

v

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | **2** |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

The following define the various Zones in the application of **EARTHQUAKE***, **NAMED STORM*** and **FLOOD*** Aggregate Limits of Liability, Deductibles and/or Rates for **FOREIGN** property. All catastrophe coverage for **FOREIGN** risks must be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

**A. FOREIGN EARTHQUAKE ZONES***:

All **FOREIGN EARTHQUAKE ZONES** shall be determined by the Munich Re World Map of Natural Hazards.

**B. FOREIGN WIND ZONES***:

All **FOREIGN WIND ZONES** shall be determined by the Munich Re World Map of Natural Hazards.

**C. FOREIGN FLOOD ZONES***:

All **FOREIGN FLOOD ZONES** shall be determined by the Munich Re World Map of Natural Hazards.

As used herein, **FOREIGN** refers to property situated outside of the United States of America, its territories and possessions, including the District of Columbia and Commonwealth of Puerto Rico.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

# Temporary Offsite Locations Amendment

ZURICH

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 3 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

**SECTION I, 5. COVERAGE EXTENSIONS, B. TEMPORARY OFFSITE LOCATIONS** is deleted and replaced by the following:

**B. TEMPORARY OFFSITE LOCATIONS**

Subject to the sublimit entered in item 9.B.(2) of the Declarations or as otherwise stated on individual Project Certificates, coverage applies to Covered Property while at any location on a temporary basis anywhere within the Coverage Territory, except while in the course of manufacturing or processing at a manufacturer's or supplier's site or while in transit.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

# Coverage Extension
# Debris Removal Clean-Up And Decontamination

ZURICH

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 4 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

**NOTE: Coverage for this Extension will not apply to projects reported on a quarterly basis and shall only attach under Individual Project Certificates when declared by the Named Insured and accepted by the Company.**

**SCHEDULE**

| | | |
|---|---|---|
| **Aggregate Limit of Liability*** | **$ 10,000,000** | During the Certificate Period |

*This amount is part of and not in addition to the Sublimit of Liability for Debris Removal scheduled on the Project Certificate.

**SECTION I, 5. COVERAGE EXTENSIONS, I. DEBRIS REMOVAL** is amended to include the following:

Subject to the Aggregate Limit of Liability stated in the above Schedule, in the event of direct physical loss or damage insured against and occurring during the Certificate Period, the Company will pay the following necessary and reasonable costs to:

**(1)** extract **CONTAMINANTS OR POLLUTANTS*** from land, water, debris, building materials or other insured property;

**(2)** remove, restore, or replace contaminated or polluted land or water;

**(3)** remove or transport property or debris to a site for storage or decontamination required because the property or debris is affected by **CONTAMINANTS OR POLLUTANTS***,

but only when required by law, ordinance or regulation in effect at the time of loss.

The maximum amount payable by the Company for such loss during the Certificate Period shall be limited to the Aggregate Limit of Liability scheduled above, but in no event to exceed the cost to repair or replace the damaged or destroyed property. This amount is part of and not in addition to the Sublimit of Liability for Debris Removal scheduled on the Project Certificate.

It is a condition precedent to recovery under this extension that the Company shall have paid, or agreed to pay, for direct physical loss or damage to covered property, unless such payment is precluded solely by the operation of any deductible, and that the Insured shall give written notice to the Company of intent to claim for cost of debris removal or cost to cleanup not later than **(12) twelve** months after the date of such physical loss or damage.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

# Multi-Year Policy Term

ZURICH

| Insured's Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 5 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Zurich Master Builders Risk General Conditions**
**Zurich Master Builders Risk Coverage Form**

The following is added to the **Zurich Master Builders Risk General Conditions:**

**Multi-Year Policy Term**

When the Policy Term exceeds one year, the following additional conditions shall apply to the Master Builders Risk Policy Program:

1. At each anniversary of the inception date of the Master Builders Risk Policy, within the multi-year Policy Term, a combined loss ratio shall be determined for the Master Builders Risk Policy to date. This combined loss ratio shall be calculated by dividing the total earned premium for all "enrolled projects" from the inception of the Policy Term into the total paid claims and expenses for all "enrolled projects" from the inception of the Policy Term, including any allocated and unallocated claims expenses or unpaid reserves.
2. For purposes of this endorsement, "enrolled projects" mean all "insured projects" reported under the multi-year Master Builders Risk Policy and any separate stand-alone project policy issued during the multi-year Policy Term pursuant to Section **G.** of the **Zurich Master Builders Risk Total Project Value Reporting And Premium Adjustment** endorsement.
3. In the event one or more of the following circumstances exists as of the anniversary date:

   **a.** The combined loss ratio for all "enrolled projects" exceeds **70%**

   **b.** The loss of facultative or treaty reinsurance support applicable to the Master Builders Risk Policy;

   Then for a reported "insured project" commencing on or after such anniversary date, the terms and conditions, including but not limited to all Limits Of Liability, Sublimits Of Liability and Annual Aggregate Limits Of Liability, rates and deductible amounts, of the Master Builders Risk Policy for the remainder of the Policy Term are subject to review and negotiation.
4. As respects "high hazard catastrophe perils", the terms and conditions, including but not limited to Annual Aggregate Limits Of Liability, rates, deductible amounts and Catastrophe Zones, contained in this Policy shall always be subject to review and negotiation at each anniversary date.

   As it pertains to this endorsement, "high hazard catastrophe perils" shall mean:

   **a.** "Earthquake" Zone 1;

   **b.** "Flood Level 1"; and

   **c.** "Named Storm" Zone 1

   all as further defined in the **Catastrophe Zones Appendix** attached to this Policy.
5. Any rate which is shown on the **Schedule Of Rates And Deductibles** as "Refer" shall continue to be subject to market price.

All other terms, conditions, provisions and exclusions of this policy remain the same.



Includes copvriQhted material of Insurance Services Office, Inc., with its permission.

# Proportional Share With Marine Policy

ZURICH

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 6 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

The following is added to the **POLICY CONDITIONS** Section of the Master Policy:

**PROPORTIONAL SHARE WITH MARINE POLICY (50/50 CLAUSE)**

As respects property insured under this Master Policy, its quarterly reports or any Project Certificate issued hereunder, in the event of loss or damage to Covered Property:

1. That is discovered after coverage under an applicable Marine Insurance Policy has expired, and,
2. Upon investigation, it is not possible to determine whether the cause of such loss or damage occurred prior to the termination of the Marine Insurance Policy;

This Company will pay to the Insured fifty percent (50%) of the amount of the properly adjusted claim and the Marine Insurer will also pay to the Insured fifty percent (50%) of the amount of the properly adjusted claim, both less fifty percent (50%) of the applicable deductible.

The provisions of this clause shall only apply in the event that the applicable Marine Insurance Policy also contains a contribution clause similar to this clause.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

ZURICH

# Amendatory Endorsement

<table>
<tr><th rowspan="2">Policy or Certificate No.</th><th rowspan="2">Effective Date of Policy or Certificate</th><th rowspan="2">Effective Date of Endorsement</th><th colspan="3">Endorsement Premium</th><th rowspan="2">Endorsement No.</th></tr>
<tr><td>AOP</td><td>NIL</td><td rowspan="4">☐ Additional<br>☐ Return</td></tr>
<tr><td rowspan="3">MBR 6552391-03</td><td rowspan="3">08/24/2017</td><td rowspan="3">08/24/2017</td><td>Terrorism</td><td>NIL</td><td rowspan="3">**7**</td></tr>
<tr><td>Total Premium</td><td>NIL</td></tr>
</table>

**Named Insured / Mailing Address:**

First Solar, Inc.
350 W. Washington Street, Suite 600
Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

SECTION 1 – COVERAGE AND EXCLUSIONS, 3. PROPERTY EXCLUDED, Paragraph D. is deleted in its entirety and replaced with the following:

D. Vehicles or equipment licensed for highway use (except water trucks while on the project site whose values have been included in the TOTAL PROJECT VALUE, described as “trailers” by the Named Insured), rolling stock, aircraft or watercraft

SECTION III , Paragraph 2., Valuation Clause is amended by the addition of the following:

H. Water Trucks - are limited to the Actual Cash Value at the time and place of loss with proper deduction for depreciation and condition.

ZURICH

# Amendatory Endorsement

| Policy or Certificate No. | Effective Date of Policy or Certificate | Effective Date of Endorsement | Endorsement Premium | | | Endorsement No. |
|---|---|---|---|---|---|---|
| | | | AOP | NIL | ☐ Additional | |
| MBR 6552391-03 | 08/24/2017 | 08/24/2017 | Terrorism | NIL | ☐ Return | 8 |
| | | | Total Premium | NIL | | |

**Named Insured / Mailing Address:**

First Solar, Inc.
350 W. Washington Street, Suite 600
Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**Zurich Master Builders Risk Policy, SECTION I – COVERAGE AND EXCLUSIONS, Paragraph 3. PROPERTY EXCLUDED, subparagraph K is deleted and replaced with the following:**

**K.** Transmission and distribution lines in excess of 1,000' from the project site.

All other terms and conditions of the Policy to which this endorsement is attached remain unchanged.

ZURICH

# Amendatory Endorsement

| Policy or Certificate No. | Effective Date of Policy or Certificate | Effective Date of Endorsement | Endorsement Premium | | | Endorsement No. |
|---|---|---|---|---|---|---|
| | | | AOP | NIL | ☐ Additional | |
| MBR 6552391-03 | 08/24/2017 | 08/24/2017 | Terrorism | NIL | ☐ Return | 9 |
| | | | Total Premium | NIL | | |

**Named Insured / Mailing Address:**

First Solar, Inc.
350 W. Washington Street, Suite 600
Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following is added to ZURICH MASTER BUILDERS RISK POLICY DECLARATIONS

12. PREMIUM ADJUSTMENT

C. As respects any final close out endorsement premium adjustments of less than $500.00, such premium is hereby waived.

ZURICH

# Amendatory Endorsement

| Policy or Certificate No. | Effective Date of Policy or Certificate | Effective Date of Endorsement | Endorsement Premium | | | Endorsement No. |
|---|---|---|---|---|---|---|
| | | | AOP | NIL | ☐ Additional | |
| MBR 6552391-03 | 08/24/2017 | 08/24/2017 | Terrorism | NIL | ☐ Return | **10** |
| | | | Total Premium | NIL | | |

**Named Insured / Mailing Address:**

First Solar, Inc.

350 W. Washington Street, Suite 600

Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

SECTION 1 – COVERAGE AND EXCLUSIONS, 3. PROPERTY EXCLUDED, Paragraph H. is deleted in its entirety and replaced with the following:

H. Used machinery and equipment but only as to damage while undergoing any form of testing, commissioning or startup unless specifically endorsed to a Project Certificate;

ZURICH

# Amendatory Endorsement

| Policy or Certificate No. | Effective Date of Policy or Certificate | Effective Date of Endorsement | Endorsement Premium | | | Endorsement No. |
|---|---|---|---|---|---|---|
| | | | AOP | NIL | ☐ Additional | |
| MBR 6552391-03 | 08/24/2017 | 08/24/2017 | Terrorism | NIL | ☐ Return | **11** |
| | | | Total Premium | NIL | | |

**Named Insured / Mailing Address:**

First Solar, Inc.

350 W. Washington Street, Suite 600

Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Zurich Master Builder's Risk Policy Declarations, 6. Project Coverage Attachment, A.(1) is deleted and replaced with the following:

**6. PROJECT COVERAGE ATTACHMENT**

**A.** Projects located within the Insured's Territory of Operation having an estimated project term less than or equal to **sixty (60)** months and an estimated Total Project Limit of Liability less than or equal to this Master Policy's Limits of Liability as stated in paragraph 9.A. of the Declarations shall have coverage attach as follows:

**(1) Projects Greater Than $0 Estimated Total Project Limit of Liability** (hereafter referred to as **PROJECT CERTIFICATES**) Projects are automatically held covered hereunder for a Limit of Liability not exceeding **$250,000,000** and a period not exceeding **sixty (60)** days. Coverage beyond this initial period and Limit of Liability shall be extended only upon the Named Insured's declaration to the Company of any individual project, the issuance of a Project Certificate to this Master Policy and the Named Insured's payment of premium due thereon from the beginning of the project.

All other terms and conditions of the Policy to which this endorsement is attached remain unchanged.

Signed by: ______________________________ ______________________

Authorized Representative Date

ZURICH

# Amendatory Endorsement

| Policy or Certificate No. | Effective Date of Policy or Certificate | Effective Date of Endorsement | Endorsement Premium | | | Endorsement No. |
|---|---|---|---|---|---|---|
| | | | AOP | NIL | ☐ Additional | |
| MBR 6552391-03 | 08/24/2017 | 08/24/2017 | Terrorism | NIL | ☐ Return | 12 |
| | | | Total Premium | NIL | | |

**Named Insured / Mailing Address:**

First Solar, Inc.

350 W. Washington Street, Suite 600

Tempe, AZ 85281

**Producer** Marsh USA, Inc.

**Producer No.** 75-453-000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The Following is added to Zurich Master Builder's Risk Policy Declarations, 7. When Coverage Begins and Ends, A.:

(5) In accordance with the construction agreement between the owner and the Named Insured

All other terms and conditions of the Policy to which this endorsement is attached remain unchanged.

Signed by: ______________________________ ______________________

Authorized Representative Date

# Damage To Existing Property (All Risk) Coverage

ZURICH

| Insured's Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | 13 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**ZURICH MASTER BUILDERS RISK POLICY**

**NOTE: Coverage hereunder will not apply to projects reported on a quarterly basis and shall only attach under Individual Project Certificates when declared by the Named Insured and accepted by the Company.**

When the Named Insured declares coverage for Damage To Existing Property on an All Risk basis, the following terms and conditions shall apply to such **INSURED PROJECT***:

## DAMAGE TO EXISTING PROPERTY (ALL RISK)

This Policy is extended to cover damage to existing buildings, plant and/or other structures at the location of the **INSURED PROJECT*** but only when the **INSURED PROJECT*** is contained within or attached to such existing buildings subject to the following terms and conditions:

**(1)** The Company's liability for coverage hereunder shall not exceed the Sublimit of Liability declared in the Project Certificate for Damage to Existing Structure (All Risk) in any one **OCCURRENCE***. This amount is a Sublimit of Liability and is part of and not in addition to the Certificate Limit of Liability.

**(2)** As respects this Coverage the applicable deductible stated in the Rate & Deductible Schedule and shown on the Project Certificate shall apply in any one **OCCURRENCE*** except where a higher deductible applicable to the cause of loss is stated elsewhere in the Certificate.

**(3)** The following Property is excluded hereunder:

- **(a)** Personal Property:
- **(b)** Any property located outside of existing buildings, plant and/or other structures;
- **(c)** Underground utilities of any kind;

**(4)** The following additional Exclusions apply to coverage hereunder:

- **(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;
- **(b)** Electrical injury or disturbance caused by electrical currents;
- **(c)** Interruption of incoming electricity, fuel, water, gas, steam, refrigerant or other services except as specifically covered in this Policy.

Exclusions **(4)(a)**, **(4)(b)** and **(4)(c)** apply unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage.

- **(d)** Business Interruption, extra expense or other consequential loss;
- **(e)** Explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines owned, leased or operated under the control of the Insured. Direct physical loss or damage caused by or resulting from explosion of gases or fuel within the furnace or any fired vessel or within the flues or passages through which the gases or combustion pass is covered;

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

**(f)** Loss or damage arising solely as a consequence of loss, damage or any structural, mechanical, electrical or material condition which existed prior to the effective date of this Endorsement;

**(g)** The perils of **EARTHQUAKE*, FLOOD*** or **NAMED STORM*** when the purpose of the **INSURED PROJECT*** is to repair prior **EARTHQUAKE*, FLOOD*** or **NAMED STORM*** damage to or to structurally retrofit the existing buildings, plant or other structures to meet current building codes that address these perils.

**(5)** The following basis of valuation shall apply at the time and place of loss:

**(a)** If actually replaced - the cost to repair or replace the property lost or damaged with materials of like kind and quality at the time and place of loss. In the event that repair or replacement with materials of like kind and quality can not be effected due to obsolescence or non-availability of such materials or the means and methods of fabricating, manufacturing or installing such materials, repair or replacement shall be effected with materials, means and/or methods that are functionally equivalent to the lost or damaged property. In the application of the foregoing, betterment is excluded.

**(b)** If not replaced – the actual cash value (the replacement cost at the time of loss or damage less depreciation), but not more than the Insured's building acquisition cost, less the value of the land.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

ZURICH

# Amendment to Cancellation Provision

| Insured's Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| First Solar, Inc. | MBR 6552391-03 | 08/24/2017 | **14** |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

**SECTION III, 5. CANCELLATION**, paragraphs B. and C. are deleted and replaced by the following:

**B.** This Master Policy may be canceled by the Company by mailing to the Named Insured, at the address shown in this Master Policy or last known address, stating when, in accordance with the laws of the state within which the insured's headquarters is domiciled, but not less than **ninety (90) days** thereafter, such cancellation shall be effective.

**C.** The Company may cancel any **INSURED PROJECT*** covered by a quarterly report or Project Certificate to this Master Policy by mailing written notice to the Named Insured at the address shown in this Policy, or last known address, stating when, in accordance with the laws of the state within which the property is located, but not less than **ninety (90) days** thereafter, such cancellation shall be effective.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

# Construction Property General Conditions

ZURICH

Various words and phrases that appear in capitalized bold face type followed by an asterisk (*) have special meaning found in the **DEFINITIONS** Section of the Policy to which this endorsement is attached.

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

## 1. OBSERVANCE OF CONDITIONS

The due observance and fulfillment of the terms and conditions of this Policy by the Named Insured, insofar as they relate to anything to be done or complied with by them, shall be a condition precedent to any liability of the Company to make payment for loss under this Policy.

## 2. INCREASED HAZARD

If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the Named Insured shall give notice in writing to the Company within **thirty (30)** days of the Named Insured's knowledge of the same.

## 3. MISREPRESENTATION & FRAUD

This Policy shall be void if the Named Insured has concealed or misrepresented any material fact or circumstances concerning this insurance or the subject thereof, or in case of any fraud, attempted fraud or false swearing by the Named Insured touching any matter relating to this insurance or the subject thereof, whether before or after a loss.

## 4. ERRORS & OMISSIONS

No unintentional errors or omissions in any information relative to this insurance or required to be reported to the Company in compliance with the requirements of this Policy will prejudice the Named Insured's right of recovery, but will be reported to the Company within **thirty (30)** days of the Named Insured's discovery of the same.

## 5. INSPECTION & AUDIT

The Company can inspect Covered Property at any reasonable time. However, neither the Company's inspection nor any report thereof can serve as any representation that the Covered Property or operations are safe or healthful, or that they comply with any law, rule or regulation.

During the Policy period and within one year after the final termination of the policy, the Company may examine and audit the Named Insured's books and records at any reasonable time, as long as such relates to the subject matter of this Policy.

## 6. CLAIM AGAINST TRANSIT CARRIER AND / OR BAILEE

No claim for loss or damage during transit shall be payable hereunder until the Named Insured has filed a claim with and made reasonable efforts to secure payment from the transporting carrier and the carrier has denied liability.

## 7. EXAMINATION UNDER OATH

The Named Insured shall submit and shall cause all other persons to submit, so far as is within their power, to examination under oath by any persons named by the Company relative to any and all matters in connection with a claim and shall produce for examination all books of account, bills, invoices, and other vouchers or certified copies thereof if originals are lost, at such reasonable time and place as may be designated by the Company or its representatives and shall permit extracts and copies thereof to be made.

## 8. DUTIES IN CASE OF LOSS

### A. Notice of Loss

The Named Insured will report in writing to the Company every loss **OCCURRENCE*** which may give rise to a claim under this Policy as soon as practicable, but not later than **thirty (30)** days, after it becomes known to the Named Insured.

### B. Proof of Loss

The Named Insured will file with the Company a signed and sworn detailed proof of loss as soon as practicable, but not later than **sixty (60)** days following the Company's request.

### C. Payment of Loss

All adjusted claims, including partial payments thereon, will be due and payable no later than **sixty (60)** days after presentation and acceptance of proof of loss or partial proof of loss, as the case may be, by this Company or its appointed representative.

## 9. PROTECTION OF PROPERTY AFTER LOSS

When Covered Property has sustained direct physical loss or damage by an insured peril, the Named Insured will take reasonable steps to protect, recover or save the damaged property and minimize any further loss or damage.

The acts of the Named Insured or the Company in protecting, recovering or saving the damaged property will not be considered a waiver or an acceptance of abandonment. The Named Insured and the Company will bear the expense incurred proportionate to their respective interests.

The foregoing shall not serve to increase the Limit(s) of Liability stated in the Policy and shall be subject to the deductible provisions of the Policy to which these Conditions are attached.

## 10. ASSISTANCE AND COOPERATION OF THE INSURED

The Named Insured shall cooperate with the Company and upon the Company's request and expense, shall attend hearings and trials and shall assist in effecting settlements, in securing and giving evidence, in obtaining the attendance of witnesses, and in conducting suits.

## 11. PARTIAL LOSS

The Company hereby grants permission to repair partial damage to Covered Property that can be conveniently and advantageously undertaken to protect Covered Property from further damage. The Company will reimburse the Insured who has suffered the loss for the actual cost of such repairs, subject always to the terms and conditions of this policy. Nothing in this clause shall be deemed to have waived the requirement that notice of loss be given to the Company as provided in the Policy.

## 12. SUBROGATION

If the Company pays a claim under this Policy, they will be subrogated, to the extent of such payment, to all the Insured's rights of recovery from other persons, organizations and entities. The Insured will execute and deliver instruments and papers and do whatever else is necessary to secure such rights.

The Company will have no rights of subrogation against:

**A.** Any person or entity, which is a Named Insured or an Additional Named Insured;

**B.** Any other person or entity, which the Insured has waived its rights of subrogation against in writing before the time of loss;

It is a condition of this Policy that the Company shall be subrogated to all the Insured's unwaived rights of recovery, if any, against any third party Architect or Engineer, whether named as an Insured or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by any error, omission, deficiency or act of the third party Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable.

Notwithstanding the foregoing, it is a condition of this Policy that the Company shall be subrogated to all the Insured's rights of recovery against any manufacturer or supplier of machinery, equipment or other property, whether named as an Insured or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

The Insured will act in concert with the Company and all other interest concerned in the exercise of such rights of recovery. The Insured will do nothing after a loss to prejudice such rights of subrogation.

If any amount is recovered as a result of such proceedings, the net amount recovered after deducting the costs of recovery, will accrue first to the Company up to the amount of loss paid. Any excess of this amount will be remitted to the Insured. If there is no recovery, the interests instituting the proceedings will bear the expense of the proceedings proportionately.

**13. CONTRIBUTING INSURANCE**

Other policies may be written upon the same terms, exclusions, limitations and conditions as those contained herein. This Policy will contribute to the total of each loss otherwise payable herein to the extent of the participation of this Policy in the total limit of liability provided by all policies written upon the same terms, exclusions, limitations and conditions as those contained in this Policy.

**14. EXCESS INSURANCE**

The Insured may have excess insurance over the limit of liability set forth in this Policy without prejudice to this Policy, nor will the existence of such insurance, if any, reduce any liability under this Policy.

**15. OTHER INSURANCE**

Except as stated in 13. CONTRIBUTING INSURANCE and 14. EXCESS INSURANCE above, if there is other collectible insurance, this Policy will cover as excess insurance and will not contribute with such other insurance.

**16. UNDERLYING INSURANCE**

The Insured may purchase insurance on all or any part of the deductible(s) of this Policy. The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this Policy.

**17. RECOVERY OR SALVAGE**

Any recovery or salvage (excluding proceeds from subrogation and other insurance recovered or received) after a loss settlement under this Policy or any recovery from suretyship, insurance, reinsurance, security or indemnity taken by or for the benefit of the Company will apply as if recovered or received prior to the loss settlement and the loss will be readjusted accordingly.

**18. BANKRUPTCY OR INSOLVENCY**

Bankruptcy or insolvency of the Named Insured shall not relieve the Company of any of its obligations under this Policy.

**19. BRANDS & TRADEMARKS**

In case of loss or damage by a peril insured to Covered Property bearing a brand, trademark or label, the Company may take all or any part of the property at any agreed or appraised value. If so, the Named Insured may, at their own expense:

**A.** Stamp salvage on the property or its container, if the stamp will not physically damage the property; or

**B.** Remove the brand, trademark or label, if doing so will not physically damage the property. The Named Insured must re-label the property or its container to comply with the law.

**20. ENTRY, CONTROL, AND ABANDONMENT**

After loss or damage to Covered Property, the Company shall have an immediate right of access and entry by accredited agents sufficient to enable them to survey and examine the property and to make an estimate of the loss or damage and, after the Insured has secured the property, a further right of access and entry sufficient to enable

them to make an appraisal or estimate of the loss or damage. The Company shall not be entitled to the control or possession of the property and without the consent of the Company there can be no abandonment of the Covered Property.

**21. PAIR & SET**

**A.** In the event of loss of or damage to Covered Property which is part of a pair or set, the measure of loss of or damage to such property will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of the lost or damaged property to the pair or set, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

**B.** In the event of loss or damage to any part of Covered Property consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**22. APPRAISAL**

If the Insured and the Company fail to agree as to the value of the property or the amount of loss, either may make written demand for an appraisal. In this event, each party will choose a competent, disinterested, and impartial appraiser, who has no direct or indirect financial interest in the claim. Each will notify the other of the appraiser selected within 20 days of such demand. The Insured may not invoke appraisal unless it has first fully complied with all provisions of this Policy, including Duties in the Event of Loss and has provided the Company with a signed and sworn statement of loss.

The appraisers will then select a competent, disinterested and impartial umpire. If they cannot agree upon an umpire within 15 days, either may request the selection by a judge of a court having jurisdiction.

The appraisers will then appraise the value of the property or the amount of loss, stating the value as of the date of loss and the amount of loss, for each item of physical loss or damage, and, if provided, the amount of loss for Delay in Completion coverage. If the appraisers fail to agree, they will submit their differences to the umpire. A decision in writing, so itemized, of any two will be binding.

Once the award is determined, the Company retains the right to apply all policy terms and conditions (including deductibles, exclusions, and Limits of Liability) to the award. The Company further retains its right to deny the claim in whole or in part.

The Insured and the Company will each pay its chosen appraiser and bear equally the other expenses of the appraisal and umpire.

**23. ALTERNATIVE DISPUTE RESOLUTION**

If the Company and the Named Insured disagree, after making a good faith effort to reach an agreement on an issue concerning this Policy, either party may request that the following procedure be used to settle such disagreement:

**A.** The Company or the Named Insured may request of the other in writing that the dispute be settled according to an alternative dispute resolution procedure.

**B.** If the Company and the Named Insured agree to proceed, they will jointly select an alternative dispute resolution technique for resolution of the dispute.

**C.** If the parties cannot agree on a method to resolve the issue in dispute within sixty days of written request, the parties will contact either the American Arbitration Association or the state mediation or dispute resolution service and will use their services to select or devise a dispute resolution mechanism.

**D.** Alternative dispute resolution procedures that may be used include mediation, binding arbitration and mini-trials, except where prohibited by applicable law or regulation.

**E.** All expenses of the alternative dispute resolution procedure will be shared equally by both parties.

**F.** Any decision or award made as a result of the alternative dispute resolution procedure shall always be limited by the Coverage Terms and Conditions, Limits, Sublimits and Aggregate Limits of Liability of this Policy.

**G.** Any statute of limitation that may be applicable to the dispute shall be tolled, with respect to such dispute, from the date that the Company and the Named Insured agree to follow the procedure set forth herein until and including the date that such procedure is concluded.

If the Named Insured so requests, the Company hereby agrees to use the alternative dispute resolution procedure described above to resolve all issues concerning this Policy except the following:

**A.** Any dispute involving asbestos including loss, damage or debris removal expense.

**B.** Any dispute involving debris removal expense for **CONTAMINANTS OR POLLUTANTS***.

**C.** Any dispute where coverage is denied based on arson or other attempted fraud by the Named Insured.

**D.** Any dispute within the scope of and governed by the APPRAISAL/ARBITRATION clause, above.

**24. ASSIGNMENT**

Except in the event of an authorized assignment under the Bankruptcy Act or a change of title by succession, operation of law or death, the Named Insured will not to transfer any legal rights or interests in the Policy without the Company's written consent.

**25. BENEFIT TO BAILEE**

This Policy will not inure, directly or indirectly, to the benefit of any carrier or bailee.

**26. SUIT AGAINST THE COMPANY**

No suit or action on this Policy for the recovery of any claim will be sustainable in any court of law or equity unless the Insured will have fully complied with all the requirements of this Policy. Any action or proceeding against the Company for recovery of any loss under this Policy will not be barred if commenced within **(12) twelve** months after the **OCCURRENCE*** becomes known to the Named Insured unless a longer period of time is required by applicable statute.

**27. CONFORMANCE TO STATUTES**

If any Article(s) contained within this policy conflict(s) with the laws or statutes of any jurisdiction within which this Policy, such Article(s) is(are) hereby amended to conform to said laws or statutes.

**28. TITLES OF PARAGRAPHS**

The several titles of the various paragraphs of the Policy and/or endorsements are inserted for reference and shall not be deemed in any way to affect the provisions to which they relate.

All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.

# Catastrophe Zones

ZURICH

Various words and phrases that appear in capitalized bold face type followed by an asterisk (*) have special meaning found in the **DEFINITIONS** Section of the Policy to which this endorsement is attached.

This endorsement modifies insurance provided under the following:

**ZURICH MASTER BUILDERS RISK POLICY**

The following Tables define the various Zones in the application of **EARTHQUAKE***, **NAMED STORM***, and **FLOOD*** Aggregate Limits of Liability, Deductibles and/or Rates.

**A. EARTHQUAKE ZONES*** are defined as follows:

| STATE | | COUNTY |
|---|---|---|
| **EARTHQUAKE ZONE 1** | | |
| **Alaska** | | All counties, except North Slope |
| **Arkansas (New Madrid Fault Zone)** | | Clay, Craighead, Crittenden, Cross, Greene, Lee, Mississippi, Poinsett, St Francis |
| **California** | **Sub-Zones** | **California Counties or Geographic Descriptions** |
| | **A-1** | San Francisco, San Mateo |
| | **A-2** | Alameda, Contra Costa |
| | **A-3** | Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, Solano, Sonoma |
| | **B-1** | Los Angeles, west of Interstate 5 and south of Mulholland Drive (crest of the Santa Monica Mountains) |
| | **B-2** | Los Angeles (remainder of Los Angeles Co not contained in Sub-zone B-1) |
| | **B-3** | Orange |
| | **C** | Kern, San Luis Obispo, Santa Barbara, Ventura |
| | **D** | San Diego |
| | **E** | Alpine, Imperial, Inyo, Mono, Riverside, San Bernardino |
| | **F** | Fresno, Kings, Madera, Mariposa, Merced, Tulare |
| | **G** | Amador, Butte, Calaveras, Colusa, El Dorado, Glenn, Nevada, Placer, Sacramento, San Joaquin, Stanislaus, Sutter, Tuolumne, Yolo, Yuba |
| | **H** | Lassen, Modoc, Plumas, Shasta, Sierra, Siskiyou, Tehama, Trinity |
| **Hawaii** | | Entire state |
| **Illinois (New Madrid Fault Zone)** | | Alexander, Pulaski |
| **Kentucky (New Madrid Fault Zone)** | | Ballard, Carlisle, Fulton, Hickman, McCracken |
| **Mississippi (New Madrid Fault Zone)** | | De Soto, Tunica |
| **Missouri (New Madrid Fault Zone)** | | Bollinger, Butler, Cape Girardeau, Dunklin, Mississippi, New Madrid, Pemiscot, Scott, Stoddard |
| **Nevada** | | Carson City, Douglas |
| **South Carolina** | | Berkely, Charleston, Dorchester |
| **Tennessee (New Madrid Fault Zone)** | | Crockett, Dyer, Haywood, Lake, Lauderdale, Obion, Shelby, Tipton |
| **Washington** | | Clallam, Island, Jefferson, King, Kitsap, Mason, Pierce, San Juan, Thurston |
| | | |

| EARTHQUAKE ZONE 2 | |
|---|---|
| **Alaska** | North Slope |
| **Arkansas (New Madrid Fault Zone)** | Independence, Jackson, Lawrence, Lonoke, Monroe, Phillips, Prairie, Randolph, Sharp, White, Woodruff |
| **Illinois (New Madrid Fault Zone)** | Bond, Clay, Clinton, Edwards, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Randolph, Richland, St. Clair, Saline, Union, Wabash, Washington, Wayne, White, Williamson |
| **Indiana (New Madrid Fault Zone)** | Crawford, Daviess, Dubois, Gibson, Greene, Knox, Lawrence, Martin, Orange, Perry, Pike, Posey, Spencer, Sullivan, Vanderburgh, Warrick |
| **Kentucky (New Madrid Fault Zone)** | Breckinridge, Butler, Caldwell, Calloway, Christian, Crittenden, Daviess, Graves, Hancock, Henderson, Hopkins, Livingston, Logan, Lyon, Marshall, McLean, Muhlenberg, Ohio, Simpson, Todd, Trigg, Union, Warren, Webster |
| **Mississippi (New Madrid Fault Zone)** | Alcorn, Benton, Bolivar, Coahoma, Lafayette, Leflore, Marshall, Panola, Pontotoc, Prentiss, Quitman, Sunflower, Tallahatchie, Tate, Tippah, Tishomingo, Union, Yalobusha |
| **Missouri (New Madrid Fault Zone)** | Carter, Iron, Jefferson, Madison, Oregon, Perry, Reynolds, Ripley, St. Francois, Ste. Genevieve, St. Charles, St. Louis, Washington, Wayne, and the City of St Louis |
| **Nevada** | Lyon, Storey, Washoe |
| **Oregon** | Clackamas, Multnomah, Washington |
| **Tennessee (New Madrid Fault Zone)** | Benton, Carroll, Chester, Decatur, Fayette, Gibson, Hardeman, Hardin, Henderson, Henry, Humphreys, Madison, McNairy, Weakley |
| **Utah** | Davis, Salt Lake, Utah |
| **Washington** | Skagit, Snohomish, Whatcom |

| EARTHQUAKE ZONES 3 AND 4 |
|---|
| States and counties not otherwise listed in **EARTHQUAKE ZONES 1** or **2** above, and the District of Columbia. |

| US TERRITORIES AND POSSESSIONS<br>(Not Applicable to Contractor's Block, unless otherwise endorsed) | |
|---|---|
| **Risks located within US territories & possessions and within the Commonwealth of Puerto Rico are subject to referral, unless otherwise endorsed.** | |
| **American Samoa** | Entire Territory is **Earthquake Zone 2** |
| **Guam** | Entire Territory is **Earthquake Zone 1** |
| **Northern Mariana Islands** | Entire Commonwealth is **Earthquake Zone 2** |
| **Puerto Rico** | Entire Commonwealth is **Earthquake Zone 1** |
| **US Virgin Islands** | Entire Territory is **Earthquake Zone 2** |
| **All other US Territories and Possessions** | Entire Territory is **Earthquake Zone 2** |

**B. WIND ZONES*** are defined as follows:

| STATE | COUNTIES, PARISHES & INDEPENDENT CITIES |
|---|---|
| **WIND ZONE 1** | |
| **Alabama** | Baldwin and Mobile |
| **Florida** | Bay, Brevard, Broward, Calhoun, Charlotte, Citrus, Collier, Miami - Dade, Dixie, Duval, Escambia, Flagler, Franklin, Glades, Gulf, Hendry, Hernando, Hillsborough, Indian River, Jefferson, Lee, Levy, Liberty, Manatee, Martin, Monroe, Nassau, Okaloosa, Okeechobee, Palm Beach, Pasco, Pinellas, Saint Johns, Saint Lucie, Santa Rosa, Sarasota, Taylor, Volusia, Wakulla, Walton, Washington. |
| **Georgia** | Bryan, Camden, Chatham, Glynn, Liberty and McIntosh |
| **Hawaii** | All Counties |
| **Louisiana** | Ascension, Assumption, Cameron, Iberia, Jefferson, Lafourche, Livingston, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John the Baptist, St. Martin, St. Mary, St. Tammany, Tangipahoa, Terrebonne, Vermilion and Washington |
| **Mississippi** | George, Hancock, Harrison, Jackson, Pearl River and Stone |
| **South Carolina** | Charleston |
| **Texas** | Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Harris (when located inside city limits and east of Hwy 146, the following portions are also included: LaPorte, Morgan's Point, Pasadena, Seabrook and Shore Acres), Jackson, Jefferson, Kenedy, Kleberg, Matagorda, Nueces, Orange, Refugio, San Patricio, Willacy |
| **Virginia** | **Counties**: Accomack, Northampton<br>**Independent City**: Virginia Beach |
| **WIND ZONE 2** | |
| **Alabama** | Clarke, Covington, Escambia, Geneva, Houston and Washington |
| **Florida** | Balance of State (All counties not listed as **Zone 1** above) |
| **Georgia** | Appling, Brantley, Bulloch, Charlton, Effingham, Evans, Long, Pierce, Tattnall, and Wayne |
| **Louisiana** | Acadia, Allen, Beauregard, Calcasieu, East Baton Rouge, East Feliciana, Evangeline, Iberville, Jefferson Davis, Lafayette, Pointe Coupee, St. Helena, St. Landry, West Baton Rouge and West Feliciana |
| **Maryland** | Somerset, Wicomico and Worcester |
| **Mississippi** | Amite, Forrest, Greene, Lamar, Marion, Perry, Pike, Walthall and Wilkinson |
| **North Carolina** | Beaufort, Bertie, Bladen, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Duplin, Gates, Greene, Hertford, Hyde, Jones, Lenoir, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Pitt, Robeson, Sampson, Tyrrell, and Washington |
| **South Carolina** | Allendale, Bamberg, Beaufort, Berkeley, Clarendon, Colleton, Dillon, Dorchester, Florence, Georgetown, Hampton, Horry, Jasper, Marion, Williamsburg |
| **Texas** | Bee, Brooks, Fort Bend, Goliad, Hardin, Harris (balance not included in **Zone 1** above), Hidalgo, Jim Wells, Liberty, Live Oak, Victoria, Wharton |
| **Virginia** | **Counties**: Caroline, Charles City, Essex, Gloucester, Henrico, Isle of Wight, James City, King and Queen, King George, King William, New Kent, Lancaster, Mathews, Middlesex, Northumberland, Prince George, Richmond, Southampton, Surry, Sussex, Westmoreland, York.<br>**Independent Cities**: Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, and Williamsburg |
| **WIND ZONES 3 & 4** | |
| **All States / Counties / Parishes not included in ZONE 1 or ZONE 2 above, and the District of Columbia.** | |

| US TERRITORIES AND POSSESSIONS (Not Applicable to Contractor's Block, unless otherwise endorsed) | |
|---|---|
| **Risks located within US territories & possessions and within the Commonwealth of Puerto Rico are subject to referral, unless otherwise endorsed.** | |
| **Guam** | Entire Territory is **Wind Zone 1** |
| **Puerto Rico** | Entire Commonwealth is **Wind Zone 1** |
| **US Virgin Islands** | Entire Territory is **Wind Zone 1** |
| **All Others** | **Refer** |

**C. FLOOD LEVELS*** are defined as follows:

| **FLOOD LEVEL 1 - Special FLOOD* Hazard Areas – 100 Year FLOOD*** | |
|---|---|
| **Zone A** | No base flood elevation determined. |
| **Zone AE or A1-A30** | Base flood elevations determined. |
| **Zone AH** | Flood depths of 1 to 3 feet (usually areas of ponding); base flood elevations determined. |
| **Zone AO** | Flood depths of 1 to 3 feet (usually sheet flow on sloping terrain); average depths determined. For areas of alluvial fan flooding, velocities also determined. |
| **Zone A99** | To be protected from 100-year flood by Federal flood protection system under construction; no base elevations determined. |
| **Zone V** | Coastal flood with velocity hazard (wave action); no base flood elevation determined. |
| **Zone VE or V1-V30** | Coastal flood with velocity hazard (wave action); base flood elevation determined. |
| **Zone D** | Areas in which Flood hazard is undetermined |
| | |
| **FLOOD LEVEL 2 - Special FLOOD* Hazard Areas - 500 Year FLOOD*** | |
| **Zone Shaded X or Zone B** | Areas of 500-year flood; areas of 100-year flood with average depths of less than 1 foot or with drainage areas less than 1 square mile; and areas protected by levees from 100 year flood. |
| | |
| **FLOOD LEVEL 3 - Others Areas** | |
| **Zone Unshaded X or Zone C** | Areas determined to be outside 500-year flood plain. |
| | |
| **US TERRITORIES AND POSSESSIONS (Not Applicable to Contractor's Block, unless otherwise endorsed)** | |
| **All risks located within US territories & possessions and within the Commonwealth of Puerto Rico are subject to referral, unless otherwise endorsed.** | |

**Insured Name:** First Solar, Inc.
**Policy Number:** MBR 6552391-03
**Effective Date:** August 24, 2017

ZURICH

**THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| **To be determined on a Project by Project basis** |

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.



Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.



Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# SANCTIONS EXCLUSION ENDORSEMENT

ZURICH

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided. Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**