# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **FIRST SOLAR ELECTRIC, LLC,** ) ) ) **Plaintiff,** ) **v.** ) ) **ZURICH AMERICAN INSURANCE COMPANY,** ) ) ) ) **Defendant.** ) | CASE NO: 5:2021-CV-00408 |

## DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Zurich American Insurance Company ("Zurich") hereby moves to dismiss with prejudice Plaintiff's Complaint ("Complaint") for failure to state a claim. Zurich is filing contemporaneously herewith a memorandum of law in support of this motion.

Respectfully submitted, this 7th day of December, 2021.

|   |   |
|---|---|
| Akerman LLP<br>999 Peachtree Street, NE<br>Suite 1700<br>Atlanta, Georgia   30309<br>(404) 733-9809 – Telephone<br>(404) 733-9909 – Facsimile | */s/ Anthony W. Morris*<br>Anthony W. Morris<br>Georgia Bar No. 523495<br>anthony.morris@akerman.com<br>Kamber S. Burke<br>Georgia Bar No. 787321<br>kamber.burke@akerman.com<br><br>*Counsel for Zurich American Insurance Company* |

61077542;1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** with the Clerk of Court using the CM/ECF system which will send a true and correct copy of the foregoing to the following attorneys of record:

F. Faison Middleton, IV
Watson Spence LLP
P.O. Box 2008
Albany, GA 31702-2008

Richard H. Monk III
Emily M. Ruzic (pro hac vice application forthcoming)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Alex Purvis (pro hac vice application forthcoming)
Bradley Arant Boult Cummings LLP
One Jackson Place
Suite 1000
188 E. Capitol Street
Jackson, MS 39201

This 7th day of December, 2021.

|  |  |
|---|---|
|  | */s/ Anthony W. Morris* |
| Akerman LLP | Anthony W. Morris |
| 999 Peachtree Street, NE | Georgia Bar No. 523495 |
| Suite 1700 | anthony.morris@akerman.com |
| Atlanta, Georgia  30309 |  |
| (404) 733-9809 – Telephone | *Counsel for Zurich American Insurance* |
| (404) 733-9909 – Facsimile | *Company* |

61077542;1