UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

November 6, 2024

**VIA CM/ECF**

Richard Monk
Attorney at law

Jason Tullos
Attorney at Law

Emily Ruzic
Attorney at Law

Alex Purvis
Attorney at Law

Anthony Morris
Attorney at Law

F. Faison Middleton, IV
Attorney at Law

Brittanie Browning
Attorney at Law

Justin Gunter
Attorney at Law

Pia-Milan Green
Attorney at Law

Jonathan Barnes
Attorney at Law

Samuel Wesley
Attorney at Law

Re:   First Solar Electric, LLC v. Zurich American Insurance Co.
      Civil Action No. 5:21-CV-408-MTT

Dear Counsel:

For reasons I will explain in depth at the pretrial conference, I will grant First Solar's motion for partial summary judgment and rule that the "Suit Provision" clause does not bar First Solar's claims. Rather than revise your pretrial submissions, please confer and let me know by November 15 your thoughts on the impact of this ruling on the issues we will address at the pretrial conference.

With best regards.

Sincerely,

s/Marc T. Treadwell
Marc T. Treadwell

MTT:kat