UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 11/21/2024 | Type of Hearing: | Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number: 5:21-cv-408 (MTT)**

| | | |
|---|---|---|
| First Solar Electric, LLC | Counsel: | Alex Purvis<br>Emily Ruzic<br>Richard Monk<br>Faison Middleton<br>Justin Gunter |
| v. | | |
| Zurich American Insurance Company | Counsel: | Anthony Morris<br>Brittanie Browning<br>Laurie Daniel<br>Pia-Milan Green |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 3 hours / 12 minutes**

| | |
|---|---|
| 2:01 pm | Called to order. Identification of parties. Preliminary remarks by the Court.<br>Discussion regarding plaintiff's motion for partial summary judgment (Doc. 143). The Court **GRANTED** the motion.<br>Discussion regarding the proposed pretrial order. Discussion regarding witnesses that may not appear for live testimony. Discussion regarding updating deposition designations as needed. Discussion regarding updating stipulation of facts. Discussion regarding jury questionnaire, voir dire, and jury selection.<br>Discussion regarding plaintiff's motion in limine as to Scott Klaben (Doc. 133)—the Court **RULED** the jury will be told Klaben is simply unavailable. Discussion regarding defendant's motion in limine (Doc. 134). The Court |

First Solar Electric, LLC v Zurich American Insuranc Company
5:21-cv-408 (MTT)
Page 2

       **RULED** as follows:
1. **GRANTED;**
2. **DENIED**
3. **GRANTED;**
4. **GRANTED** within reason. Shaw's work experience is relevant;
5. **GRANTED;**
6. **GRANTED;**
7. **RESOLVED;**
8. **GRANTED**;
9. **DENIED** and Zurich can depose Romero Demilt in December;
10. **GRANTED**;
11. **GRANTED;**
12. **GRANTED** with understanding something could come up;
13. **GRANTED**;
14. **DENIED** but proposed changes to jury charges to address issue;
15. **GRANTED;**
16. **GRANTED**.

    Discussion regarding the November 14 letter.
    Discussion regarding the documents to be revised by December 16: jury charges, verdict form, revised factual stipulations and deposition designations. All other revisions shall be revised by January 3.
    Discussion regarding trial schedule, trial logistics.
    Discussion regarding defendant's trial brief. The parties shall submit any additional relevant facts by November 27.
    Ms. Daniel addressed the Court with an oral motion to reconsider the Court's order as to summary judgment (Doc.116).
    Response by Mr. Gunter
    The Court instructed the defendant to file a supplemental brief by November 27. The plaintiff shall have one week to respond.
    Discussion regarding mediation/settlement negotiation.

5:13 pm     Adjourned.