IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FIRST SOLAR ELECTRIC LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-408-MTT |
| | * |
| ZURICH AMERICAN INSURANCE COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the this court's order dated January 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $12,238,060.61 . The amount shall accrue interest from the date of entry of judgment at the rate of 4.21 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 24th day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk